**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| LATAM Airlines Group S.A., *et al.*,[1] | ) | Case No. 20-11254 (JLG) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

## SCHEDULE OF ASSESTS AND LIABILITIES FOR TRANSPORTE AÉREO S.A. (CASE NO. 20-11255)

---

1 The Debtors in these Chapter 11 Cases, along with each Debtor's U.S. or local tax identification number (as applicable), are: LATAM Airlines Group S.A. (59-2605885); Lan Cargo S.A. (98-0058786); Transporte Aéreo S.A. (96-9512807); Inversiones Lan S.A. (96-5758100); Technical Training LATAM S.A. (96-847880K); LATAM Travel Chile II S.A. (76-2628945); Lan Pax Group S.A. (96-9696800); Fast Air Almacenes de Carga S.A. (96-6315202); Línea Aérea Carguera de Colombia S.A. (26-4065780); Aerovías de Integración Regional S.A. (98-0640393); LATAM Finance Ltd. (N/A); LATAM Airlines Ecuador S.A. (98-0383677); Professional Airline Cargo Services, LLC (35-2639894); Cargo Handling Airport Services, LLC (30-1133972); Maintenance Service Experts, LLC (30-1130248); Lan Cargo Repair Station LLC (83-0460010); Prime Airport Services Inc. (59-1934486); Professional Airline Maintenance Services LLC (37-1910216); Connecta Corporation (20-5157324); Peuco Finance Ltd. (N/A); Latam Airlines Perú S.A. (52-2195500); Inversiones Aéreas S.A. (20-341843996); Holdco Colombia II SpA (76-9336885); Holdco Colombia I SpA (76- 9310053); Holdco Ecuador S.A. (76-3884082); Lan Cargo Inversiones S.A. (96-9696908); Lan Cargo Overseas Ltd. (85-7752959); Mas Investment Ltd. (85- 7753009); Professional Airlines Services Inc. (65-0623014); Piquero Leasing Limited (N/A); TAM S.A. (N/A); TAM Linhas Aéreas S.A. (65- 0773334); Aerolinhas Brasileiras S.A. (98-0177579); Prismah Fidelidade Ltda. (N/A); Fidelidade Viagens e Turismo S.A. (27-2563952); TP Franchising Ltda. (N/A); Holdco I S.A. (76-1530348) and Multiplus Corredora de Seguros Ltda. (N/A). For the purpose of these Chapter 11 Cases, the service address for the Debtors is: 6500 NW 22nd Street Miami, FL 33131.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LATAM Airlines Group S.A., *et al.*, | Case No.:  20-11254 (JLG) |
| Debtors.[1] | Jointly Administered |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

On May 26, 2020 (the "Initial Petition Date"), LATAM Airlines Group S.A. ("LATAM Parent") and 28 of its affiliated debtors and debtors in possession in the above-captioned Chapter 11 cases (each an "Initial Debtor" and, collectively, the "Initial Debtors") commenced voluntary cases (the "Initial Chapter 11 Cases") under chapter 11 of title 11, United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

On July 7, 2020 and July 9, 2020 (each, a "Subsequent Petition Date" and, together with the Initial Petition Date, as applicable to each Debtor (as defined below), the "Petition Date"), additional LATAM affiliates (the "Subsequent Debtors" and, together with the Initial Debtors, the "Debtors") filed voluntary petitions under chapter 11 of the Bankruptcy Code (the "Subsequent Chapter 11 Cases" and, together with the Initial Chapter 11 Cases, the "Chapter 11 Cases").

---

[1]     The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's U.S. or local tax identification number (as applicable), are:  LATAM Airlines Group S.A. (59-2605885); Lan Cargo S.A. (98-0058786); Transporte Aéreo S.A. (96-9512807); Inversiones Lan S.A. (96-5758100); Technical Training LATAM S.A. (96-847880K); LATAM Travel Chile II S.A. (76-2628945); Lan Pax Group S.A. (96-9696800); Fast Air Almacenes de Carga S.A. (96-6315202); Línea Aérea Carguera de Colombia S.A. (26-4065780); Aerovías de Integración Regional S.A. (98-0640393); LATAM Finance Ltd. (N/A); LATAM Airlines Ecuador S.A. (98-0383677); Professional Airline Cargo Services, LLC (35-2639894); Cargo Handling Airport Services, LLC (30-1133972); Maintenance Service Experts, LLC (30-1130248); Lan Cargo Repair Station LLC (83-0460010); Prime Airport Services Inc. (59-1934486); Professional Airline Maintenance Services LLC (37-1910216); Connecta Corporation (20-5157324); Peuco Finance Ltd. (N/A); Latam Airlines Perú S.A. (52-2195500); Inversiones Aéreas S.A. (20-341843996); Holdco Colombia II SpA (76-9336885); Holdco Colombia I SpA (76-9310053); Holdco Ecuador S.A. (76-3884082); Lan Cargo Inversiones S.A. (96-9696908); Lan Cargo Overseas Ltd. (85-7752959); Mas Investment Ltd. (85-7753009); Professional Airlines Services Inc. (65-0623014); Piquero Leasing Limited (N/A); TAM S.A. (N/A); TAM Linhas Aéreas S.A. (65-0773334); Aerolinhas Brasileiras S.A. (98-0177579); Prismah Fidelidade Ltda. (N/A); Fidelidade Viagens e Turismo S.A. (27-2563952); TP Franchising Ltda. (N/A); Holdco I S.A. (76-1530348) and Multiplus Corredora de Seguros Ltda. (N/A).  For the purpose of these Chapter 11 cases, the service address for the Debtors is: 6500 NW 22nd Street Miami, FL 33131.

The Debtors continue to operate their businesses and manage their properties as debtors and debtors in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Chapter 11 Cases have been consolidated for procedural purposes only and are being jointly administered under case number 20-11254 (JLG).

The Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") were prepared pursuant to Bankruptcy Code section 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by management of the Debtors with unaudited information available as of the applicable Petition Date.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") are incorporated by reference in, and comprise an integral part of, each of the Debtors' Schedules, sub-Schedules, Statements, sub-Statements, exhibits, and continuation sheets, and should be referred to in connection with any review of the Schedules and Statements. Disclosure of information in one Schedule, sub-Schedule, Statement, sub-Statement, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or continuation sheet.

**The Schedules and Statements and these Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors.**

**Reservation of Rights**. The Debtors' Chapter 11 Cases are large and complex. The Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible, based on the information that was available to them at the time of preparation.

The Debtors have made reasonable efforts to schedule the assets and liabilities, required financial information, and cash disbursements according to the appropriate Debtor entity. However, because LATAM's accounting systems and practices were developed for consolidated reporting purposes, it is possible that not all scheduled information is attributed or recorded with the correct Debtor entity on these Schedules and Statements.

Subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors or omissions may have occurred. As the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are accurate and/or complete. Accordingly, the Debtors reserve all rights to supplement and amend the Schedules and Statements.

The Debtors have made reasonable efforts to characterize, classify, categorize or designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements correctly. Due to the complexity and size of the Debtors' businesses, however, the Debtors may have improperly characterized, classified, categorized, or designated certain items. In addition, certain items reported in the Schedules and Statements

2

could be included in more than one category.  In those instances, one category has been chosen to avoid duplication.  Further, the designation of a category is not meant to be wholly inclusive or descriptive of the rights or obligations represented by such item.

Nothing contained in the Schedules and Statements or these Global Notes shall constitute an admission or a waiver of rights with respect to these Chapter 11 Cases, including, but not limited to, any issues involving substantive consolidation for plan purposes, subordination, and/or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.  For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "unsecured priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant and/or contractual counterparty, or a waiver of a Debtor's right to recharacterize or reclassify such claim or contract.  Failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated" or that such claim is not subject to objection.  The Debtors reserve their respective rights to dispute, or assert offsets, setoffs, or defenses to, any claim reflected on the Schedules as to the nature, amount, liability, or status or to otherwise subsequently designate any claim as disputed, contingent, and/or unliquidated.

1.    **Basis of Presentation**.  LATAM Parent historically prepared consolidated quarterly and annual consolidated financial statements that were audited annually and included all of the Debtors, as well as affiliated non-Debtor entities (together, "LATAM").  Unlike the consolidated financial statements, the Schedules and Statements generally reflect the assets and liabilities of each Debtor on a non-consolidated basis.  Accordingly, the amounts listed in the Schedules and Statements will likely differ, at times materially, from the consolidated financial reports prepared historically by LATAM.

Although the Schedules and Statements may, at times, incorporate information prepared in accordance with IFRS (International Financial Reporting Standards), the Schedules and Statements neither purport to represent nor reconcile to financial statements otherwise prepared and/or distributed by the Debtors in accordance with IFRS.

2.    **Reporting Date**.  Each Debtor operates on a fiscal year ending on December 31st annually.  All asset and liability information, except where otherwise noted, is provided as of the applicable Petition Date.

3.    **Currency**.  All amounts are reflected in U.S. dollars, which LATAM uses as its reporting currency.

4.    **Estimates and Assumptions**.  The preparation of the Schedules and Statements required the Debtors to make estimates and assumptions that affected the reported amounts of certain assets and liabilities, the disclosure of certain contingent assets and liabilities, and the reported amounts of revenue and expense.  Actual results could differ materially from these estimates. The Debtors reserve the right to amend the reported amounts of assets, liabilities, revenues, and expenses to reflect changes in those estimates or assumptions.

**5.**     __Totals__.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined values or, conversely, claims listed as unliquidated, contingent and/ or disputed, the actual totals may be different than the listed totals.

**6.**     __Undetermined, To be Determined or Unknown Amounts__.  The description of an amount as "undetermined," "to be determined," or "unknown" is not intended to reflect upon the materiality of such amount.  Certain amounts may be clarified during the course of the Chapter 11 Cases.

**7.**     __Asset Presentation and Valuation__.  The Debtor assets presented are based on values consistent with their books and records.  These values do not purport to represent the ultimate value that would be received in the event of a sale, and may not represent economic value as determined by an appraisal or other valuation technique.  As it would be prohibitively expensive and an inefficient use of estate assets for the Debtors to obtain current economic valuations for all of their assets, unless otherwise noted, the carrying value on the Debtors' books (*e.g.*, net book value), rather than current economic values, is reflected on the Schedules and Statements.

**8.**     __Cash Management.__ The Debtors use an integrated, centralized cash management system to facilitate the collection, concentration and disbursement of the various Debtors' funds in approximately twenty-eight countries around the world.  As a result, certain payments in the Schedules and Statements may have been made prepetition by one entity on behalf of another entity through the operation of the consolidated cash management system.  A description of the Debtors' prepetition cash management system is contained in the *Motion of the Debtors for Interim and Final Orders Authorizing Continued Use of Cash Management System* [Docket No. 19] and further detail is contained in the *Motion to Authorize Debtors' Motion for Entry of Interim and Final Orders Directing Certain Orders in the Chapter 11 Cases of LATAM Airlines Group S.A. et al. Be Made Applicable to Subsequent Debtors* [Docket No. 484].

**9.**     __Contingent Assets and Causes of Action__.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, but not limited to, avoidance actions arising under Chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets.  The Debtors reserve all of their rights with respect to any causes of action, avoidance actions, controversy, right of set-off, cross claim, counterclaim, or recoupment, and any claim in connection with any contract, breach of duty imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly  or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

The Debtors may also possess contingent and unliquidated claims against affiliated entities (both Debtor and non-Debtor) for various financial accommodations and similar benefits they have extended from time to time, including, but not limited to, contingent and unliquidated claims for contribution, reimbursement, and/or indemnification arising from various (i) guarantees, (ii) indemnities, (iii) intercompany loans, (iv) tax-sharing agreements, (v) warranties, (vi) operational and servicing agreements, (vii) shared service agreements, and (viii) other arrangements.

10.    **Guarantees and Other Secondary Liability Claims**.    The Debtors have used their reasonable best efforts to locate and identify guarantees and other secondary liability claims (collectively, "Guarantees") in each of their executory contracts, unexpired leases, secured financings, debt instruments, and other similar agreements.  Where such Guarantees have been identified, they have been included in the relevant Schedules of the Debtor or Debtors affected by such Guarantees. Where a Guarantee exists, co-obligors are listed on a Debtor's Schedule H to the extent the Debtor is either the primary obligor or the guarantor of the relevant obligation. To the extent that a Debtor is a guarantor, such Guarantees are also listed on its Schedule D or E/F, as appropriate, and listed as "contingent" and "unliquidated" unless otherwise specified. Further, it is possible that certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements may have been inadvertently omitted.  Thus, the Debtors reserve their rights to amend the Schedules and Statements to the extent that additional Guarantees are identified.  In addition, the Debtors reserve the right to amend the Schedules and Statements to recharacterize, reclassify, add, or remove any such contract or claim.

11.    **Pledged Assets**.  A significant amount of the assets listed on the Debtors' Schedule A/B have been pledged as collateral by the Debtors.  Assets pledged as collateral include, among other things, cash, securities, inventories, equipment, aircraft, engines, spare parts, equity interests in subsidiaries, contract rights, and other related assets.

In certain instances, LATAM Parent or another Debtor may be a co-obligor or guarantor with respect to the obligations of another Debtor or non-Debtor, which obligation or guarantee is secured by property pledged by the Debtor.  To the extent that the Debtor no longer holds title to the pledged collateral securing the obligation or guarantee, such obligation or guarantee is considered unsecured and is listed on that Debtor's Schedule F.

12.    **Leases and Executory Contracts**.  Certain leases relating to LATAM's fleet are reflected twice in a Debtor's Schedules – once in the Debtor's Schedule G as an executory contract and again in the in its Schedule D or F, as appropriate, as a contingent, unliquidated claim on account of the Debtor's corresponding obligations under the lease or contract.  Nothing herein or in the Schedules or Statements shall be construed as a concession, admission or evidence as to the determination of the legal status of any leases identified in the Schedules or Statements, including whether such leases: (i) constitute an executory contract within the meaning of section 365 of the Bankruptcy Code or other applicable law; or (ii) have not expired or been terminated or otherwise are not current in full force and effect, and the Debtors reserve all of their rights.

**13.    Aircraft.**  As of the Initial Petition Date, the Initial and Subsequent Debtors together operated 340 aircraft, the bulk of which were not owned directly by the Debtors and are therefore not reflected as assets on their respective Schedule A/B. These 340 aircraft comprised the entirety of LATAM's fleet, with the Initial Debtors' fleet consisting of 320 aircraft and the Subsequent Debtors' fleet consisting of the remaining 20 aircraft.  As of the Initial Petition Date, the Initial Debtors subleased 160 of the aircraft in their fleet to the Subsequent Debtors.

As to the 320 aircraft comprising the Initial Debtors' fleet, as of the Initial Petition Date: (a) 30 aircraft were directly owned by Initial Debtors;  (b) 5 aircraft were owned by trusts (each, a "Leasing Trust") in which certain of the Initial Debtors held the beneficial interests (see Global Note in response to Statement Question 12 for more detail regarding the Leasing Trusts); and (c) the remaining 285 aircraft were leased by the Initial Debtors through a combination of 187 finance and tax leases and 98 operating leases with third parties.

As to the 20 aircraft comprising the Subsequent Debtors' fleet, as of their respective Petition Dates: (a) 2 aircraft were directly owned by Subsequent Debtors; and (b) the remaining 18 aircraft were leased by the Subsequent Debtors through a combination of 15 finance and tax leases and 3 operating leases with third parties.

Under a finance or tax lease, the Debtor leases an aircraft through a separate entity (a Special Purpose Vehicle, "SPV") that is the legal owner of the aircraft.  The SPV generally finances the acquisition of the aircraft by issuing debt to a third party lender.  To the extent that a Debtor guarantees the financial obligations of an SPV to the third party lender, such guarantee is listed in accordance with Global Note 10 above.  To the extent that a Debtor owns an SPV or holds the beneficial interest in a Leasing Trust, such ownership interest will be listed on that Debtor's Schedule A/B without reference to the underlying assets of the SPV or trust.  The Debtor may then operate the aircraft or sublease the aircraft to another Debtor or non-Debtor.

Under an operating lease, the Debtor leases an aircraft directly from a third party lessor, and in some occasions, may sublease the aircraft to another Debtor or non-Debtor.

To the extent that a Debtor leases an aircraft from a non-Debtor lessor, either from an SPV or a third party under an operating lease, such lease will be reflected in the Debtor's Schedule F, as a contingent and unliquidated claim, and also in its Schedule G.  This treatment likewise applies to situations where a Debtor leases or subleases an aircraft from another Debtor.

**14.    Intercompany Transactions.**   Net intercompany balances between a given Debtor and other LATAM entities as of the applicable Petition Date are reported on such Debtor's Schedules in response to Question AB77 (Other property of any kind not already listed) for net intercompany receivables and Question F for any net intercompany payables.  Furthermore, revenues listed in Statement Part 1 (Income) include gross intercompany revenue and do not reflect any intercompany setoffs or eliminations.

**15.    Liabilities**.   Some of the scheduled liabilities are unknown, contingent, and/or unliquidated at this time.   In such cases, the amounts are listed as "unknown," "to be

determined," or "undetermined."  Further, liabilities such as certain deferred liabilities, accruals, or general reserves are not included as they are general estimates and do not represent specific claims as of the Petition Date for each Debtor.  Accordingly, the total amounts listed for some categories of liabilities in the Schedules and the Statements may not be equal to the aggregate amount of the Debtors' total liabilities as noted on any financial statements issued prior to the Petition Date.

The liabilities listed on the Schedules and Statements do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

**16.**    **Creditor Facilities**.  Although there may be multiple parties that hold a portion of the debt comprising the Debtors' prepetition credit facilities and notes, only the administrative agents and indenture trustees, as applicable, have been listed for purposes of Schedule D, E/F, and H.

**17.**    **Confidentiality**.  The home addresses of most of the Debtors' current and former employees (including directors and officers) may reflect the office locations of the employees.

**18.**    **First Day Orders**.    The Bankruptcy Court has authorized (each, a "First Day Order") the Debtors to pay, in whole or in part, various outstanding prepetition claims, including but not limited to, payments relating to the Debtors' employee wages and compensation, severance, benefits, and reimbursable business expenses; goods and services ordered prepetition but received post-petition; customer programs and obligations;  insurance obligations; and pre-petition taxes and fees.  Given that certain of these claims are anticipated to be paid in accordance with the First Day Orders, such claims may not be listed in the Schedules, or may otherwise be listed as "unknown" or "to be determined."

In addition, the Bankruptcy Court has authorized the Debtors to pay certain prepetition fuel vendors, critical & foreign vendors, and lienholders.  Accordingly, the scheduled claims may not reflect those prepetition expenses that have been or will be paid in accordance with the First Day Orders.

The Debtors reserve their rights to object to any listed claims on the ground that, among other things, such claims have already been satisfied pursuant to a First Day Order.  The estimate of claims set forth in the Schedules may not reflect assertions by the Debtors' creditors of a right to have such claims paid or reclassified under the Bankruptcy Code or orders of the Bankruptcy Court.

**19.**    **Excluded Assets and Liabilities**.  The Debtors believe that they have identified, but did not necessarily value, all material categories of assets and liabilities in the Schedules.  The Debtors have excluded the following items which may be included in their IFRS financial statements from the Schedules:  operating leases, accrued salaries, employee benefit accruals, and certain other accruals, capitalized interest, debt acquisition costs, restricted cash, goodwill, financial instruments, air traffic liabilities, certain other assets, and deferred revenues and gains.

The Debtors also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage claims exist. Other immaterial assets and liabilities may also have been excluded.

20. **Intellectual Property Rights**. Exclusion of certain intellectual property shall not be construed to be an admission that those intellectual property rights have been sold, abandoned, terminated, assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction, or otherwise have expired by their terms. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that those intellectual property rights have not been sold, abandoned, terminated, assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction, or otherwise have not expired by their terms. Accordingly, the Debtors reserve all of their rights as to the legal status of all intellectual property rights.

21. **Liens**. The inclusion on Schedule D of creditors is not an acknowledgement of the validity, extent, or priority of any liens, and the Debtors reserve their right to challenge such liens and the underlying claims on any ground whatsoever. A careful review of the applicable agreements and other relevant documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements or an acknowledgment of same. Certain liens may have been inadvertently marked as disputed but had previously been acknowledged in an order of the Court as not being disputed by the Debtors. It is not the Debtors' intent that Schedules be construed to supersede any orders entered by the Bankruptcy Court.

22. **Insiders**. For the purposes of their responses to Statement Question 28, the Debtors have listed the current officers and directors for each individual Debtor entity to the extent available based on current records. For the purposes of Statement Question 29, only certain Debtors, including LATAM Parent, have listed the names of its former officers and directors. For purposes of Statement Question 4 and 30, the Debtors have only included the following as "insiders," consistent with LATAM's financial reporting obligations to the U.S. Security Exchange Commission: all members of the board of directors of LATAM and LATAM's principal officers (members of management who are responsible for determining the Company's operating policies and financial undertakings, including Vice-Presidents, Chief Executives and Senior Directors).

Persons listed as "insiders" have been included for informational purposes only and do not constitute an admission that any such individuals are insiders for purposes of the Bankruptcy Code or otherwise. The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

23. **Signatory**. The Schedules and Statements have been signed by Ramiro Alfonsín Balza, in his capacity as Chief Financial Officer of LATAM. In reviewing and signing the Schedules

and Statements, he has necessarily relied upon the efforts, statements and representations of various of the Debtors' personnel and professionals. He has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses.

24. **COVID-19.** The Debtors have filed these Schedules and Statements amidst the unprecedented circumstances arising from the global COVID-19 pandemic. Such circumstances have complicated the preparation of these Schedules and Statements and Global Notes in as much as the Debtor's management and outside professionals have been limited to working remotely and have been unable to meet in person.

25. **Limitation of Liability**. The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy, completeness, or correctness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. The Debtors and their officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein or, except to the extent required by applicable law or an order of the Bankruptcy Court, to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtors or their officers, employees, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused.

**Schedules of Assets and Liabilities**

**Schedule A/B Notes**.

- General. Each Debtor's assets in Schedule A/B are listed at net book value as of the Petition Date, unless otherwise noted, and may not necessarily reflect the market or recoverable value of these assets as of the Petition Date.

- Cash and Cash Equivalents (AB1 through AB5). The reported bank balances (including investments and overnight accounts) and cash on hand include cash held in various currencies, converted into U.S. dollars per the Debtors' accounting policies as of the Petition Date. Cash on hand includes cash held at airport and office locations, as well as petty cash for incidental expenses. The Debtors excluded accounts with no current balances that may be seldomly used or inactive.

- Deposits (AB7). The Debtors have made reasonable efforts to identify all deposits. However, the Schedules may not reflect an exhaustive list of deposits. The amounts listed by the Debtors in response to AB7 include deposits by Debtors that may have been offset and withdrawn post-petition by the counterparty.

- <u>Prepayments (AB8)</u>.  Included in these amounts are those pre-delivery payments (PDPs) made by the Debtors pursuant to certain aircraft purchase agreements with Airbus and Boeing in relation to future aircraft deliveries.  To the extent that a PDP was financed by a Debtor, such financing is reflected in Schedules D, E/F, G, or H, where applicable.  The Debtors also included in response to AB8 prepayments related to travel bookings, for which the Debtors make advance payments to certain third parties

- <u>Accounts Receivable (AB11)</u>.  Accounts receivable include ordinary course receivables, and may also include any net credits in favor of the Debtors with respect to their trade payables.

- <u>Non-publicly traded stock (AB15)</u>.  Ownership interests in subsidiaries, trusts, and other affiliates have been identified in AB15 in an unknown value, as the fair market value of such ownership interest would be difficult to ascertain.  Each Debtor's Schedule A/B reflects only those subsidiaries, trusts, and other LATAM entities in which the Debtor has a direct ownership interest.

- <u>Inventory (AB19 through AB26)</u>.  Items listed in AB19-26 are scheduled according to their net book value.  The Debtors have made reasonable efforts to identify or estimate all inventory included in AB21 that was purchased within the 20 days preceding the Petition Date; however, it is possible that inadvertent errors or omissions may have occurred in identifying these amounts.

- <u>Office Furniture, Fixtures and Equipment (AB38 through AB45)</u>.  Items listed in AB38-45 are scheduled according to their net book value.  The Debtors have made reasonable efforts to identify all assets; however, it is possible that inadvertent errors, misclassifications, or omissions may have occurred, or that property of *de minimis* value is not included in response to this question.

- <u>Machinery, Equipment, and Vehicles (AB46 through AB53)</u>.  Aircraft and engines listed by a Debtor in response to AB47-50 reflect only those aircraft and engines in which that Debtor holds a direct ownership interest, and are listed according to their net book value.  To the extent that a Debtor holds an ownership interest in a subsidiary or Leasing Trust that in turn holds title to an aircraft or engine, the Debtor's Schedule A/B will reflect only the ownership interest in the subsidiary or Leasing Trust and not the underlying aircraft or engine.  Those aircraft and engines leased by a Debtor, either from a subsidiary, parent, or third party, are reflected on the Debtor's Schedule G as an executory contract, with the associated obligations under the lease listed on the Debtor's Schedule F.  The Debtors have made reasonable efforts to identify all assets; however, it is possible that inadvertent errors, misclassifications, or omissions may have occurred, or that property of *de minimis* value is not included in response to this question.

- <u>Intangibles and Intellectual Property (AB60 through AB65)</u>.  The Debtors have not listed or assigned any value for their goodwill.   The Debtors do not ascribe in their books and records any value with respect to certain items listed.  Therefore, such items' net book and current value are marked as unknown.

- <u>Tax Refunds and Unused Net Operating Losses ("NOL") (AB72)</u>.  Under Brazilian and Chilean tax law, the tax year in which each NOL accrued is not relevant for the application of the NOLs, which continue to accumulate and do not expire.  The Debtors therefore did not list the tax year in scheduling certain NOLs.

- <u>Other Property of Any Kind Not Already Listed (AB77)</u>.  Each Debtor has attached an exhibit, where applicable, listing that Debtor's intercompany receivables, on a net basis, with all other LATAM entities, both Debtors and non-Debtors.   The intercompany receivables reflect amounts owed pursuant to various ordinary course transactions between LATAM entities.  The Debtors have made all reasonable efforts to schedule all outstanding obligations between each Debtor and other LATAM entities.  Nonetheless, the list may be incomplete.

**Schedule D Notes**.

- Creditors' claims on Schedule D arose, or were incurred, on various dates.  In certain instances, the date on which such claim arose may be an open issue of fact.

- Except as otherwise agreed in accordance with a stipulation and order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien listed on Schedule D purported to be granted to a secured creditor or perfected in any specific asset.

- Except as specifically stated herein, lessors of real property and equipment, utility companies, and any other parties which may hold security deposits or other security interests, have not been listed on Schedule D.  The Debtors have also not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments.

- Certain claims are listed on Schedule D as "unliquidated" because the value of the collateral securing such potential claims is unknown.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any creditor's claim or the characterization of the structure of any transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.

- The Debtors have not included on Schedule D the claims of any parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights. The amounts outstanding under the Debtors' prepetition secured credit facilities and secured notes reflect the approximate principal amounts as of the Petition Date.

- The descriptions provided on Schedule D are intended only as a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in

11

these Global Notes or in the Schedules and Statements shall be deemed a modification, interpretation or an acknowledgment of the terms of such agreements or related documents.

**Schedule E/F Notes**.

- The Debtors have made reasonable efforts to report all priority and general unsecured claims against the Debtors on Schedule E/F based on the Debtors' books and records as of the Petition Date.  However, the actual value of claims against the Debtors may vary significantly from the represented liabilities. Moreover, because the Debtors have scheduled all claims in U.S. dollars, foreign creditors asserting claims in local currencies may disagree with the scheduled amounts due to differences in applied conversion rate. Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.  Similarly, parties in interest should not anticipate that recoveries in these cases will reflect the relationship of the aggregate asset values and aggregate liabilities set forth in the Schedules.  Parties in interest should consult their own professionals and advisors with respect to pursuing a claim.  Although the Debtors and their professionals have generated financial information and data the Debtors believe to be reasonable, actual liabilities (and assets) may deviate significantly from the Schedules due to certain events that occur throughout these Chapter 11 Cases.

- The claims listed on Schedule E/F arose or were incurred on various dates.  In certain instances, the date on which a claim arose may be unknown or subject to dispute. Although reasonable efforts have been made to determine the date upon which claims listed in Schedule E/F was incurred or arose, fixing that date for each claim in Schedule E/F would be unduly burdensome and cost-prohibitive and, therefore, the Debtors have not listed a date for each claim listed on Schedule E/F.

- On Schedule F, each Debtor has attached an exhibit listing that Debtor's intercompany payables, on a net basis, with all other LATAM entities, both Debtors and non-Debtors. The intercompany payables reflect amounts owed pursuant to various ordinary course transactions between LATAM entities.  The Debtors have made all reasonable efforts to schedule all outstanding obligations between each Debtor and other LATAM entities. Nonetheless, the list may be incomplete.

- The Bankruptcy Court has authorized the Debtors to pay, in whole or in part, prepetition claims relating to the Debtors' employee wages and compensation, benefits, and reimbursable business expenses.   Accordingly, a Debtor's Schedule E/F only reflects those employee related claims due and owing as of the Petition Date for which the Debtors did not obtain relief from the Bankruptcy Court to satisfy in whole or in part.

- Schedule E/F also contains information regarding pending litigation involving the Debtors.  However, certain omissions may have occurred.  In the case of the Subsequent Debtors only, certain litigations require that a surety bond or a bank guarantee be posted by the Debtor, and in such cases, these financial instruments are listed on the Debtor's

Schedule E/F while the associated litigations are excluded to avoid duplication. The inclusion of any legal action in the Schedules and Statements does not constitute an admission by the Debtors of any liability, the validity of any litigation, or the amount of any potential claim that may result from any claims with respect to any legal action and the amount and treatment of any potential claim resulting from any legal action currently pending or that may arise in the future.

• All asserted or potential litigation-related claims referenced in Schedule E/F are contingent, unliquidated, and disputed. Specific disclosure regarding asserted or potential litigation-related claims may be subject to certain disclosure restrictions and/or may be of a peculiarly personal and private nature. The Debtors continue to research any possible restrictions with respect to disclosure of asserted or potential litigation-related claims. The Debtors will amend or supplement these Schedules and Statements as necessary or appropriate in this regard.

• Certain litigations reflected as claims for or against one Debtor may relate to one or more of the other Debtors. The Debtors have made commercially reasonable efforts to record these actions in the Schedules and Statements of each Debtor that is party to the action. For the Initial Debtors, where this was not possible, LATAM Parent was listed as the defendant. Moreover, given the number of litigations involving Debtors, the Schedules do not contain specific details of every litigation, such as the names and addresses of each party to a given litigation.

• In the ordinary course of business, the Debtors generally receive invoices for goods and services after the delivery of such goods or services. As of the filing of the Schedules and Statements, the Debtors had not received all invoices for payables, expenses, or liabilities that may have accrued before the Petition Date. Furthermore, payments to critical and foreign vendors, lienholders and fuel suppliers made subsequent to the filing of these Schedules will not reflected in these Schedules. The Debtors reserve the right, but are not required, to amend Schedules E/F if they receive such invoices and/ or make such payments. The claims of individual creditors are generally listed at the amounts recorded on the Debtors' books and records and may not reflect all credits or allowances due from the creditor. The Debtors reserve all of their rights concerning credits or allowances.

**Schedule G Notes**.

• The Debtors hereby reserve all rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement Schedule G as necessary. Additionally, the placing of a contract or lease onto Schedule G shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid, and enforceable contract. Any and all of the Debtors' rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved. In addition, the Debtors are continuing their review of all relevant documents and expressly reserve their right to amend all Schedules at a later time as necessary and/or to challenge the

13

classification of any agreement as an executory contract or unexpired lease in any appropriate filing.

- In some cases, the same contract counterparty appears multiple times in a Debtor's Schedule G. This multiple listing is generally intended to reflect distinct agreements between the applicable Debtor and such counterparty, however, due to the magnitude of data, it is possible that a multiple listing may be the result of duplicates.

- Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. A Debtor's Schedule G may be amended at any time to add or remove, as the case may be, any omitted contract, agreement or lease.

- The contracts, agreements, and leases listed on Schedule G may have expired or may have been rejected, terminated, assigned, modified, amended, and/or supplemented from time to time by various amendments, change orders, restatements, waivers, estoppel certificates, letters, and other documents, instruments, and agreements that may not be listed therein or that may be listed as a single entry. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable, or separate contracts.

- Certain of the leases listed on Schedule G may contain renewal options, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. Certain of the agreements listed on Schedule G may also be in the nature of conditional sales agreements or secured financings, and their inclusion on Schedule G is not an admission that the agreement is an executory contract, financing agreement, or otherwise.

- To the extent that a Debtor is the lessee of an aircraft and also subleases the aircraft to another LATAM entity, both the lease and the sublease will be listed on the Debtor's Schedule G, in its capacity as lessee and sublessor, respectively.

- Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, in certain instances, the specific Debtor obligor to certain of the executory contracts could not be specifically ascertained. In such cases, the Debtors have made their best efforts to determine the correct Debtor's Schedule G on which to list such executory contract.

**Schedule H Notes**.

- In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation and claims. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other

parties.  All such claims are "contingent," "unliquidated," and "disputed," and not all claims may have been set forth individually on Schedule H.

## Statement of Financial Affairs

**Statement Question 1 and 2 – Revenue**.   Intercompany eliminations are not included.

**Statement Question 3 – 90 Day Payments.**   Due to the complex nature of LATAM's global operations, the listed 90-day payments likely do not constitute an exhaustive list.  The Statements may not include payments that were made by non-Debtor LATAM affiliates where part, or all, of the payment benefitted one or more of the Debtors.  Likewise, some disbursements made by one or more of the Debtors within the 90-day period may have benefitted non-Debtors LATAM affiliates.  Payments by Debtors to vendors through intermediaries may not reflect the ultimate beneficiary of these payments;  however, the Debtors have worked to reclassify these payments where possible.

**Statement Question 4 – Payments to Insiders.**  The response of LATAM Parent to Statement Question 4 contains the full list of payments made to insiders on behalf of all Debtors in the aggregate during the one year preceding LATAM Parent's Petition Date.  Because the response of LATAM Parent lists the aggregate payments to each insider, which are inclusive of those insider payments made on account of all other Debtors, the Statements of the remaining Debtors do not include any separate responses to Statement Question 4. Due to privacy and security concerns associated with the public disclosure of the names and income of the Debtors' officers and employees in their home countries, the Debtors have redacted the names of the transferees listed in response to Statement Question 4, and have instead identified the transferees by "Individual 1," Individual 2," etc.  Additionally, because certain senior officers would otherwise be easily identifiable based on their respective incomes, in the interest of their privacy and security, the Debtors have also redacted the amounts of the payments for these officers. Refer to Global Note "Insiders" for further information.

**Statement Question 6 – Setoffs.**  The Debtors are routinely subject to setoffs from third parties in the ordinary course of business.   Setoffs in the ordinary course result from routine transactions, including but not limited to, intercompany transactions, counterparty settlements (in particular, interline ticketing setoffs with other carriers, *e.g.* IATA or other interline settlements), pricing discrepancies, setoffs with credit card processing companies, and other disputes between Debtors and third parties. These normal setoffs are consistent with the ordinary course of business in the Debtors' industry and are not listed in the Debtors' responses to Statement Question 6.  Furthermore, the Debtors engage in certain customer programs, including credits and refunds.  Such transactions were also not included in responding to Statement Question 6, although the Debtors reserve all rights with respect thereto and make no admission of waiver thereby.  The Debtors reserve all rights to enforce or challenge any setoffs that have been or may be asserted.

**Statement Question 7 – Legal Actions.**   The Debtors have made reasonable best efforts to identify all current pending litigation involving the Debtors; however, certain omissions may have occurred.  In the interest of efficiency, certain legal actions with relatively small amounts in

dispute have been listed on the Schedule of LATAM Parent, regardless of which Debtor is the named defendant in such legal action.

**Statement Question 9 – Certain Gifts and Charitable Contributions.**   In response to Statement Question 9, the Debtors did not include non-cash gifts such as frequent flier program mile donations and ticket upgrades, which were deemed to have no value to the Debtors.

**Statement Question 10 - Certain Losses**.   The Debtors did not include losses covered by insurance in their responses to Statement Question 10.

**Statement Question 12 – Self-Settled Trusts.**   The Debtors have established certain domestic aircraft trusts for the purposes of holding title to aircraft eligible for FAA registration in the United States.   To the extent that a Debtor is the settlor and beneficiary of such an aircraft trust that holds title to an aircraft, the Debtor's beneficial ownership interest in the trust will be listed as personal property on its Schedule A/B, the trust agreement with the aircraft trustee will be listed on Schedule G, and the Debtor's corresponding obligations to the aircraft trustee will be listed as a contingent, unsecured unliquidated claim on its Schedule F.   To the extent that a Debtor holds an ownership interest in a subsidiary LATAM entity that in turn is the settlor and beneficiary of such an aircraft trust, only the Debtor's ownership interest in the subsidiary will be listed as personal property on the Debtor's Schedule A/B.

**Statement Question 14 – Previous Addresses**.   Due to the consolidated nature of LATAM's operations, the same address may be listed on the schedules of multiple Debtors.   In certain instances, the Debtors have listed airport addresses generally, without identifying any specific offices, terminals, warehouses, hangars, or other structures in which the Debtors physically operated.   This is customary practice and received mail is sorted accordingly for delivery at airports.   The Debtors also excluded from their responses any airport locations at which they did not have routine operations during the specified time period.

**Statement Question 16 – Personally Identifiable Information**.   The LATAM company privacy policies are disclosed on its public website, in multiple languages, and are presented to customers upon booking tickets or signing up for frequent flyer programs.

**Statement Question 17 – ERISA Plan as an Employee Benefit**.   Certain Debtors sponsor ERISA plans for their U.S. employees only.   These 401(k) plans are included in the exhibit for Statement Question 32.   The Debtors do not sponsor a pension fund.

**Statement Question 20 – Off-Premises Storage.** In response to Statement Question 20, the Debtors listed off-premises storage of inventory of such as archived documents and boarding materials, including blankets and pillows.   The appropriate employees are provided with access to these facilities as per the Company's policies.   Due to the consolidated nature of the Debtors' books and records, each Initial Debtor's response to Statement Question 20 contains the aggregate list of all property stored off premises for all Initial Debtors;   likewise each Subsequent Debtor's response contains the aggregate list of property for all Subsequent Debtors. Aircraft parked at off-premises facilities are excluded.

**Statement Question 21 – Property Held for Another.** In response to Statement Question 21, the Debtors did not include property owned by third parties held by a Debtor during repair or otherwise in the ordinary course of business where possession is temporary and for the purpose of addressing operational needs. All property listed in response to Statement Question 21 for all Initial Debtors was aggregated under LATAM Parent; likewise, all property listed in response to Statement Question 21 for all Subsequent Debtors was aggregated under TAM Linhas Aéreas S.A.

**Statement Question 25 – Businesses in Which the Debtors Have an Interest.** Given the complexities of the organizational structure of the Debtors, for purposes of Statement Question 25, the Debtors have listed only the direct subsidiaries of each Debtor entity.

**Statement Question 26b - Firms or Individuals Who Have Audited, Compiled, Or Reviewed Debtor's Books.** Other third parties may have audited, compiled, or reviewed the Debtor's books but are not included in the Debtors' responses to Statement Question 26b.

**Statement Question 26c – Firms or Individuals in Possession of Debtor's Books of Account and Records.** Other third parties besides those listed may possess a subset of the Debtor's books and records but are not included in the Debtors' responses to Statement Question 26c.

**Statement Question 26d – Recipients of Financial Statements.** LATAM Parent is a publicly traded company with publicly available financial statements. Any number of parties may have received LATAM Parent's financial statements for the purposes of Statement Question 26d. For this reason, LATAM Parent and each of the Debtors, which are all direct or indirect subsidiaries of LATAM Parent, did not provide a response to Statement Question 26d.

**Statement Question 27 – Inventories.** The Debtors' responses to Statement Question 27 do not include routine informal inventories, during which Debtors perform cycle counts on parts and other operational inspections, or the Debtors' ordinary course maintenance of inventory records as part of their overall financial and accounting systems.

**Statement Question 28 and 29 – Current and Former Officer and Directors.** While the Debtors have made reasonable best efforts to list all current officers and directors for each Debtor in response to Statement Questions 28 and 29, some may have been omitted. The exercise of obtaining contact information for all prior officers and directors of all Debtors, especially for the smaller subsidiary Debtors, would incur a significant burden on the Debtors' management without providing much corresponding benefit in terms of useful information to creditors and parties in interest. See Global Note "Insiders" for further information.

**Statement Question 30 – Payments, Distributions, or Withdrawals to Insiders.** Refer to Statement Question 4 for this item.

**Statement Question 32 – Contributions to Pension Funds.** While the Debtors in total contribute to approximately 59 different pension funds and similar government programs as required by local labor laws, they do not sponsor any pension funds.

**Fill in this information to identify the case:**

Debtor name     **Transporte Aéreo S.A.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)     **20-11255**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                      12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................... $     **772,232,613.06**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................... $     **772,232,613.06**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **600,000,000.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **955,690,192.03**

4. Total liabilities .........................................................................................................
    Lines 2 + 3a + 3b      $     **1,555,690,192.03**

| Fill in this information to identify the case: |
| --- |
| Debtor name    **Transporte Aéreo S.A.** |
| United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known)    **20-11255** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Banco Santander** | **Receipts** | 6652 | $232,102.15 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $232,102.15 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **1,958,081.60** | - | **8,123.89** | = .... | **$1,949,957.71** |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

Debtor  **Transporte Aéreo S.A.**                              Case number *(If known)* **20-11255**
_____
Name

| 12. | **Total of Part 3.** | | $1,949,957.71 |
|-----|----------------------|--|--------------|

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $1,949,957.71 |
|--|--------------|

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|------------------------------------------|-------------------------------------|
| 39.  **Office furniture**<br>**Office Furniture** | $17,247.46 | Net Book Value | $17,247.46 |
| 40.  **Office fixtures**<br>**Fixtures & Improvements** | $108,820.91 | Net Book Value | $108,820.91 |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers/Software/Technology** | $56,789.92 | Net Book Value | $56,789.92 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| | $182,858.29 |
|--|-------------|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No

| Debtor | **Transporte Aéreo S.A.** | Case number *(If known)* **20-11255** |
|---|---|---|
| | Name | |

☐ Yes

**Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Cars and Trucks and other machinery, fixtures and equipment, excluding farm equipment** | $221,939.81 | Net Book Value | $221,939.81 |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| 49.1.  **Engines** | $16,451,437.00 | Net Book Value | $16,451,437.00 |
| 49.2.  **A319-132; 2295** | $13,003,496.99 | Net Book Value | $13,003,496.99 |
| 49.3.  **A319-132; 2096** | $18,057,146.55 | Net Book Value | $18,057,146.55 |
| 49.4.  **A319-132; 2089** | $11,085,750.84 | Net Book Value | $11,085,750.84 |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

| 51.  **Total of Part 8.** | $58,819,771.19 |
|---|---|

Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

Debtor    **Transporte Aéreo S.A.**                                                     Case number *(If known)* **20-11255**
          Name

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** **Other Intangible Assets** | **$35,782.35** | **N/A** | **Unknown** |
| **Airport Slots & Other Rights** | **Unknown** | **N/A** | **Unknown** |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                                                                  **$0.00**
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ☐ No
       ■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☐ No
       ■ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable** Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| **Net Operating Loss**                    Tax year **N/A** | **$211,625,926.00** |
| **Tax Refunds - Other taxes and credits to recover**    Tax year **N/A** | **$445,824.00** |
| 73.    **Interests in insurance policies or annuities** | |

| Debtor | **Transporte Aéreo S.A.** | Case number *(If known)* **20-11255** |
|---|---|---|
| | Name | |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    **See Attached Schedule A/B Part 11, Question 77**                                    $498,976,173.72

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.                          $711,047,923.72

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Debtor | **Transporte Aéreo S.A.** | Case number *(If known)* **20-11255** |
|---|---|---|
| | Name | |

---

**Part 12:** Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $232,102.15 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,949,957.71 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $182,858.29 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $58,819,771.19 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $711,047,923.72 | |
| 91. **Total.** Add lines 80 through 90 for each column | $772,232,613.06 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $772,232,613.06 |

In re Transporte Aéreo S.A.
Case No. 20-11255
Schedule A/B:  Part 11, Question 77 - Other Assets

| Description | Counterparty | Amount |
|---|---|---|
| INTERCOMPANY RECEIVABLE | ABSA - AEROLINHAS BRASILEIRAS S.A. | $573,124.87 |
| INTERCOMPANY RECEIVABLE | LAN ARGENTINA S.A. | $1,837,725.64 |
| INTERCOMPANY RECEIVABLE | LAN CARGO S.A | $2,885,859.62 |
| INTERCOMPANY RECEIVABLE | LAN PAX GROUP S.A | $186,173,686.03 |
| INTERCOMPANY RECEIVABLE | LATAM AIRLINES GROUP, S.A. | $284,708,970.13 |
| INTERCOMPANY RECEIVABLE | LATAM AIRLINES PERÚ S.A. | $19,496,801.59 |
| INTERCOMPANY RECEIVABLE | LATAM-AIRLINES ECUADOR S.A. | $1,807,357.11 |
| INTERCOMPANY RECEIVABLE | LÍNEA AÉREA CARGUERA DE COLOMBIA S.A. | $17,357.31 |
| INTERCOMPANY RECEIVABLE | TAM LINHAS AEREAS S.A. | $1,468,133.06 |
| INTERCOMPANY RECEIVABLE | TECHNICAL TRAINING LATAM S.A | $6,212.97 |
| INTERCOMPANY RECEIVABLE | TRANSPORTES AÉREOS DEL MERCOSUR S.A. | $945.39 |
| | **TOTAL:** | **$498,976,173.72** |

| Fill in this information to identify the case: |
| --- |

Debtor name  **Transporte Aéreo S.A.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  **20-11255**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |
| **2.1**  **See Attached Schedule D**<br>Creditor's Name | Describe debtor's property that is subject to a lien | **$600,000,000.00** | **Unknown** |
| Creditor's mailing address | **Describe the lien** | | |
| | **Is the creditor an insider or related party?**<br>☐ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** | | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$600,000,000.00**

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

In re Transporte Aéreo S.A.
Case No. 20-11255
Schedule D:  Part 1 - Creditors Who Have Claims Secured by Property

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Country | If Multiple Creditors Have in Interest in the Same Property, Specific Each Creditor and Its Relative Priority | Date Debt was Incurred | Description of Debtor's Property Subject to the Lien, Nature of Lien | Contingent | Unliquidated | Disputed | Amount of Claim (Do not deduct the value of the collateral) | Value of Collateral that Supports this Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CITIBANK (AS ADMIN AGENT, RCF) | CITIBANK, N.A., LOAN ADMINISTRATION | 1615 BRETT ROAD, OPS 3 | | NEW CASTLE | DE | 19720 | | CITIBANK, BNP PARIBAS, BANCO DEL ESTADO DE CHILE, BANK OF AMERICA, BARCLAYS, CREDIT SUISSE, GOLDMAN SACHS, JPMORGAN CHASE, NATIXIS, DEUTSCHE BANK AND MUFG. | 3/29/2016 | 2 X AIRCRAFT: MSN 2089; 2096; 3 X ENGINES: ESN 706613; 706863; 10247 - FIRST LIEN ON DESIGNATED AIRCRAFT AND ENGINE COLLATERAL | X | X | | $600,000,000.00 | UNKNOWN |
| | | | | | | | | | | | | **TOTAL:** | | **$600,000,000.00** | **UNKNOWN** |

**Fill in this information to identify the case:**

Debtor name    **Transporte Aéreo S.A.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **20-11255**

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**See Attached Intercompany<br>Payable Schedule**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$257,611,884.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**See Attached Schedule F**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$698,078,308.03** |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + $ | 955,690,192.03 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.  $ | 955,690,192.03 |

In re Transporte Aéreo S.A.
Case No. 20-11255
Schedule F - Creditors Holding Unsecured Nonpriority Claims

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Date Debt was Incurred | Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCENTURE CHILE ASESORIAS Y SERVICI | ROSARIO NORTE 530 | | | LAS CONDES | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $12,123.72 |
| ACCIONA AIRPORTS AMERICAS SPA | AVENIDA ISIDORA GOYENECHEA 2800 | | | LAS CONDES | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $491,728.00 |
| ACCOR CHILE S.A. | AMERICO VESPUCIO 1630 | | | QUILICUA | REGION METROPILTA NA | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $51.30 |
| ADMIN.DE SUPERMERCADOS HIPER LTDA | RECOLETA 3501 | | | RECOLETA | 13 | 6610000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $1,221.00 |
| ADMINISTRACION NACIONAL DE AVIACION | AV PASEO COLON, 1452 | | | BUENOS AIRES | | | ARGENTINA | VARIOUS | ACCOUNTS PAYABLE | | | | | $24,573.63 |
| AERONAUTICAL TELECOMMUNICATIONS LTD | 1 BRAEMAR AVENUE | | | KINGSTON 10 | | | JAMAICA | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| AEROPUERTO CHACALLUTA SOC.CONCESION | AEROPUERTO CHACALLUTA S/N. S/N | | | PUERTO MONTT | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $10,641.20 |
| AEROPUERTOS ANDINOS DEL PERU S.A | AV. MIGUEL DASSO NRO. 134 DPTO. 602 | | | SAN ISIDRO | | | PERU | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| AEROPUERTOS ARGENTINA 2000 S.A. | HONDURAS 5663 BUENOS AIRES. | | | BUENOS AIRES | | C1414BNE | ARGENTINA | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. (AS LESSOR OF MSN 2089) | AV. EL DORADO NO.103-08 ENTRADA 1- HANGAR | | | BOGOTÁ | | | COLOMBIA | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 2089 | X | X | | | UNKNOWN |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. (AS LESSOR OF MSN 2096) | AV. EL DORADO NO.103-08 ENTRADA 1- HANGAR | | | BOGOTÁ | | | COLOMBIA | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 2096 | X | X | | | UNKNOWN |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. (AS LESSOR OF MSN 2295) | AV. EL DORADO NO.103-08 ENTRADA 1- HANGAR | | | BOGOTÁ | | | COLOMBIA | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 2295 | X | X | | | UNKNOWN |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. (AS LESSOR OF MSN 2304) | AV. EL DORADO NO.103-08 ENTRADA 1- HANGAR | | | BOGOTÁ | | | COLOMBIA | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 2304 | X | X | | | UNKNOWN |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. (AS LESSOR OF MSN 2321) | AV. EL DORADO NO.103-08 ENTRADA 1- HANGAR | | | BOGOTÁ | | | COLOMBIA | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 2321 | X | X | | | UNKNOWN |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. (AS LESSOR OF MSN 2572) | AV. EL DORADO NO.103-08 ENTRADA 1- HANGAR | | | BOGOTÁ | | | COLOMBIA | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 2572 | X | X | | | UNKNOWN |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. (AS LESSOR OF MSN 2845) | AV. EL DORADO NO.103-08 ENTRADA 1- HANGAR | | | BOGOTÁ | | | COLOMBIA | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 2845 | X | X | | | UNKNOWN |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. (AS LESSOR OF MSN 2858) | AV. EL DORADO NO.103-08 ENTRADA 1- HANGAR | | | BOGOTÁ | | | COLOMBIA | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 2858 | X | X | | | UNKNOWN |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. (AS LESSOR OF MSN 2886) | AV. EL DORADO NO.103-08 ENTRADA 1- HANGAR | | | BOGOTÁ | | | COLOMBIA | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 2886 | X | X | | | UNKNOWN |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. (AS LESSOR OF MSN 2892) | AV. EL DORADO NO.103-08 ENTRADA 1- HANGAR | | | BOGOTÁ | | | COLOMBIA | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 2892 | X | X | | | UNKNOWN |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. (AS LESSOR OF MSN 3770) | AV. EL DORADO NO.103-08 ENTRADA 1- HANGAR | | | BOGOTÁ | | | COLOMBIA | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 3770 | X | X | | | UNKNOWN |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. (AS LESSOR OF MSN 4892) | AV. EL DORADO NO.103-08 ENTRADA 1- HANGAR | | | BOGOTÁ | | | COLOMBIA | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 4892 | X | X | | | UNKNOWN |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. (AS LESSOR OF MSN 4896) | AV. EL DORADO NO.103-08 ENTRADA 1- HANGAR | | | BOGOTÁ | | | COLOMBIA | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 4896 | X | X | | | UNKNOWN |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. (AS LESSOR OF MSN 5234) | AV. EL DORADO NO.103-08 ENTRADA 1- HANGAR | | | BOGOTÁ | | | COLOMBIA | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 5234 | X | X | | | UNKNOWN |
| AGENCIA NACIONAL DE AVIACAO CIVIL A | Q.SCS QUADRA 9, 0 | | | BRASILIA | | | BRAZIL | VARIOUS | ACCOUNTS PAYABLE | | | | | $9,108.67 |
| AGRICOLA DON POLLO LIMITADA | CAMINO EL MARISCAL 1 | | | LA PINTANA | 13 | 7080000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $64.62 |
| AGUAS RIO CRISTAL LTDA. | GERONIMO MENDEZ 1851 | | | COQUIMBO | 04 | 1780000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $19.00 |
| AINAHUE CLUB DE CAMPO LIMITADA | ANIBAL PINTO 215 | | | CONCEPCION | 08 | 4074834 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $345.59 |
| AIRSERVICES AUSTRALIA AVCHARGES CEN | CIVIC SQUARE ACT 2608. | | | SYDNEY | NSW | | AUSTRALIA | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| AIRWAYS CORPORATION OF NEW ZEALAND | AIRWAIS HOUSE 44-48 WILLIS STREET. | | | WELLINGTON | | | NEW ZEALAND | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| ALBIA S.A. | SANTA MARGARITA 1688 | | | SANTIAGO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $6,773.75 |
| ALEJANDRO RAMON GONZALEZ SILVA | CHAPIQUINA 2778 | | | ARICA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $7,482.66 |
| ALFA SERVICIOS GRAFICOS LIMITADA | AVENIDA PROVIDENCIA 1985 | | | PROVIDENCIA | 13 | 6640548 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $134.00 |
| ALTERNATTIVA EMPRESA DE SERVICIOS | ALCALDE JORGE MONCKEBERG 77 | | | NUNOA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $2,351.94 |
| ANGELA PLAZA | ALCALDE DR. RENE TAPIA 1401 | | | CASTRO | 10 | 5700000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $42.00 |
| AQUA AYSEN LTDA | AV. SIMPSON 531 | | | COYHAIQUE | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $1.00 |
| ARRENDADORA DE VEHICULOS LIMITADA | RONDIZZONI 2130 | | | SANTIAGO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $8,640.21 |
| ASESORIAS CARLOS STEVENSON Y COMPAN | LUIS THAYER OJEDA | OF 805 166. | | PROVIDENCIA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $6,909.31 |
| ASOCIACION CHILENA DE SEGURIDAD | AVENIDA VICU±A MACKENNA 152 | | | SANTIAGO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $20,875.06 |
| ATHANACIU Y CIA. LTDA. | AVDA. AEROPUERTO 2884 | | | IQUIQUE | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $1,145.00 |
| ATTON EL BOSQUE SPA | ROGER DE FLOR 2770. | | | LAS CONDES | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $323.58 |
| ATTON LAS CONDES SPA. | AVENIDA ALONSO DE CORDOVA 5199. | | | LAS CONDES | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $316.00 |
| AUCKLAND INTERNATIONAL AIRPORT LTD | P.O.BOX 73020 AUCKLAND INT'L AIRPOR | | | AUCKLAND | | | NEW ZEALAND | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| BALMETAL S.A. | SANTA CLARA 622 | | | LA CISTERNA | 13 | 7162829 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $37,197.46 |
| BALTRA-METAL LIMITADA | PATRIOTA JOSµ MIGUEL CARRERA 8 | | | SANTIAGO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $1,401.18 |
| BANCO DE CHILE (AS L/C ISSUER OF L/C NO. 3563578) | AHUMADA 251 | | | SANTIAGO | | | CHILE | 08/30/19 | UNCOLLATERALIZED STANDBY LETTER OF CREDIT | | | X | | $1,401,065.92 |
| BANCO DE CHILE (AS L/C ISSUER OF L/C NO. 3580148) | AHUMADA 251 | | | SANTIAGO | | | CHILE | 08/21/19 | UNCOLLATERALIZED STANDBY LETTER OF CREDIT | | | X | | $42,685.95 |
| BANCO DE CHILE (AS L/C ISSUER OF L/C NO. 3580156) | AHUMADA 251 | | | SANTIAGO | | | CHILE | 08/21/19 | UNCOLLATERALIZED STANDBY LETTER OF CREDIT | | | X | | $80,396.02 |
| BANCO DE CREDITO E INVERSIONES | AGUSTINAS 1161, 70 PISO | SANTIAGO CENTRO | | SANTIAGO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $116.29 |
| BERCOVICH LTDA | COPIAPO 1129 | | | SANTIAGO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $9,375.38 |
| CABANAS HINARIRU | HOTUMATUA S/N. | | | ISLA DE PASCUA | | | COLOMBIA | VARIOUS | ACCOUNTS PAYABLE | | | | | $2,858.48 |

In re Transporte Aéreo S.A.
Case No. 20-11255
Schedule F - Creditors Holding Unsecured Nonpriority Claims

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Date Debt was Incurred | Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAIQUEN LEASING LLC | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | | WILMINGTON | DE | 19890 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (RCF) | X | X | | | UNKNOWN |
| CALYON | 9 QUAI DU PRESIDENT PAUL DOUMER | | | PARIS | | | FRANCE | VARIOUS | ACCOUNTS PAYABLE | | | | | $38,132.81 |
| CARDINALE S A | AV AMERICO VESPUCIO 1831 | | | HUECHURABA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $261.00 |
| CARLOS ALBERTO BUSTAMANTE OLIVARES | AV. SUR | | | EL BOSQUE 145 | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $22,793.28 |
| CARLOS LORENZO SALINAS ZAMORA | VICENTE ZORRILLA 837 | | | LA SERENA | 04 | 1700000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $103.00 |
| CAROLINA ANDREA MOLINA HERNANDEZ | JORGE WASHINGTON 134 | | | NUNOA | 13 | 6850160 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $165.39 |
| CAROLINA SEREY LEIVA SERVICIOS DE M | SANTA ELENA | CASA 4 1329 | | SANTIAGO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $2,189.92 |
| CENCOSUD RETAIL S.A. | AV KENNEDY 9001 | | | LAS CONDES | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $174.98 |
| CFC CAPITAL S.A. | MAC IVER MAC IVER. | | | SANTIAGO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $17,373.47 |
| CHUBB SEGUROS CHILE SA | MIRAFLORES 222 | | | SANTIAGO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $5,056.42 |
| CIA DE TELEFONOS DE COYHAIQUE SA | SIMON BOLIVAR 191 | | | COYHAIQUE | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $84.18 |
| CIA. DE LEASING TATTERSALL S.A. | AV. AMERICO VESPUCIO 1373 | | | SANTIAGO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $84,610.34 |
| CITIBANK (AS FACILITY AGENT, EXIM ISSUED BY CISNE LEASING LLC) | CITIBANK, N.A., LOAN ADMINISTRATION | 1615 BRETT ROAD, OPS 3 | | NEW CASTLE | DE | 19720 | | VARIOUS | UNSECURED GUARANTEE | X | X | | | $5,997,418.82 |
| CITIBANK (AS FACILITY AGENT, EXIM ISSUED BY ZARAPITO LEASING LLC) | CITIBANK, N.A., LOAN ADMINISTRATION | 1615 BRETT ROAD, OPS 3 | | NEW CASTLE | DE | 19720 | | VARIOUS | UNSECURED GUARANTEE | X | X | | | $138,670,419.00 |
| CLUB DEPORTIVO SOCIAL Y CULTURAL MA | VALLE AZAPA KM 3.5 S/N. | | | ARICA | 01 | 1000000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $370.80 |
| COMANDO DA AERONAUTICA | AVENIDA GENERAL JUSTO 160 | | | RIO DE JANEIRO | | | BRAZIL | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| COMERCIAL BINDER LIMITADA | PARQUE SAN JOAQUIN 8 | | | PUERTO MONTT | 10 | 5500000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $118.12 |
| COMERCIAL CASA ALICIA S A | CONDELL 173 | | | COYHAIQUE | 11 | 5950000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $288.00 |
| COMERCIAL CRISTIAN HAMET AGUILERA O | PARAGUAYA 543 | | | PUNTA ARENAS | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $750.67 |
| COMERCIAL E INDUSTRIAL INQUINAT CHI | OBISPO ARTURO ESPINOZA CAMPOS 2779 | | | MACUL | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $452.27 |
| COMERCIAL LF LTDA. | PASEO LAS BELLOTAS 172 | | | SANTIAGO | 13 | 7400000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $666.00 |
| COMERCIAL MAIFA LTDA. | AVENIDA AMERICO VESPUCIO 1299 | | | PUDAHUEL | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $315.94 |
| COMERCIAL MAIFA LTDA. | AVENIDA AMERICO VESPUCIO 1299 | | | PUDAHUEL | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $544.16 |
| COMERCIAL SODAMONTT LIMITADA | AYLIN 251 | | | PUERTO MONTT | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $290.74 |
| COMERCIAL SUCCESSO LIMITDA. | AV CRISTOBAL COLON 1290 | | | PUNTA ARENAS | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $88.36 |
| COMERCIAL TECTUM LIMITADA | AVDA PRAT 651 | | | CONCEPCION | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $148.00 |
| COMERCIALIZADOR AUVI S.P.A. | SANTA CLARA, LA CISTERNA 622 | | | SANTIAGO | 13 | 6500000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $20,105.73 |
| COMERCIALIZADORA AUVI S.P.A. | PATRIOTA JOSE MIGUEL CARRERA 8 | | | COLINA | 13 | 7162829 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $43,249.18 |
| COMERCIALIZADORA DE ART PROTECCION | AV. ARGENTINA 38 | | | SANTIAGO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $2,754.45 |
| CONCESIONARIA AEROPUERTO CARRIEL SU | AUGUSTO LEGUIA SUR 160 | | | SANTIAGO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| CONNECTA CORPORATION | 6500 NW 22ND STREET | | | MIAMI | FL | 33122 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (RCF) | X | X | | | UNKNOWN |
| CONSORCIO AEROPORTUARIO DE CALAMA S | AEROPUERTO DE CALAMA 1 | | | CALAMA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| CONSORCIO AEROPORTUARIO DE LA SEREN | CAMINO VICUÑA S/N. RUTA D-41. AE | | | LA SERENA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $42,480.54 |
| CONSORCIO AEROPORTUARIO DE MAGALLAN | AEROPUERTO CARLOS IBAÑEZ DEL CA 772 | | | PUNTA ARENAS | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $827.00 |
| CONST.INMOBILIARIA GALLO S.A. | MIRASOL 2436 2436 | | | LAS CONDES | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | TO BE DETERMINED |
| CORPORACION PERUANA DE AEROPUERTOS. | AEROPUERTO INTERNACIONAL JORGE S/N | | | LIMA | | | PERU | VARIOUS | ACCOUNTS PAYABLE | | | | | TO BE DETERMINED |
| CPAT, INC. | 24624 INTERSTATE 45 NORTH | SUITE 270 | | SPRING | TX | 77386 | | VARIOUS | ACCOUNTS PAYABLE | | | | | $2,406.00 |
| CRISTIAN ANDRES BALBONTIN VERA | VALLE HERMOSO 907 | | | PENAILLEN | 13 | 7910000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $1,211.28 |
| CRISTIAN MAURICIO RIVAS OLAVE | EST. METRENCO 2240 | | | PUERTO MONTT | 10 | 5480000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $46.00 |
| DAGOBERTO ALEXIS ARAYA ROJAS | EL TRANQUE 940. | | | PUDAHUEL | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $509.59 |
| DANIEL ALBERTO ACUNA ANDRADE | LOCARNO 0501 | | | LA CISTERNA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $31,679.51 |
| DELOITTE ADVISORY LTDA | ROSARIO NORTE 407. | | | LAS CONDES | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $6,300.00 |
| DESARROLLOS INFORMAT.FIGUEROA,MARTI | ELIODORO YAEEZ 1110 | | | PROVIDENCIA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $3,425.76 |
| DIMACOFI S.A. | VITACURA 2939. | | | LAS CONDES | | | PERU | VARIOUS | ACCOUNTS PAYABLE | | | | | $8,367.93 |
| DIMERC S.A. | ALBERTO PEPPER 1784 | | | RENCA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $19,413.33 |
| DIRECCION AERONAUTICA CIVIL PTY | PANAMA 5 APARTADO 7501 Y 7615 CENTR | | | PANAMA CITY | | | PANAMA | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| DIRECCION GENERAL DE AERONAUTICA CI | AERODROMO BALMACEDA S/N | | | COYHAIQUE | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| DIRECCION GENERAL DE AERONAUTICA CI | AERODROMO BALMACEDA S/N | | | COYHAIQUE | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| DIRECCION GENERAL DE AERONAUTICA CI | AERODROMO BALMACEDA S/N | | | COYHAIQUE | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| DIRECCION GENERAL DE AERONAUTICA CI | AERODROMO BALMACEDA S/N | | | COYHAIQUE | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| DIRECCION GENERAL DE AERONAUTICA CI | AERODROMO BALMACEDA S/N | | | COYHAIQUE | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| DIRECCION GENERAL DE AERONAUTICA CI | AERODROMO BALMACEDA S/N | | | COYHAIQUE | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |

In re Transporte Aéreo S.A.
Case No. 20-11255
Schedule F - Creditors Holding Unsecured Nonpriority Claims

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Date Debt was Incurred | Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIRECCION GENERAL DE AERONAUTICA CI | AERODROMO BALMACEDA S/N | | | COYHAIQUE | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| DIRECCION GENERAL DE AVIACION CIVIL | BUENOS AIRES OE1-53 | | | QUITO | | | ECUADOR | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| DIRECCION GENERAL DE INFRAECTRUCTUR | CAMINO CARRASCO 5519 MONTEVIDEO. | | | MONTEVIDEO | | | URUGUAY | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| DIRECCION GENERAL DE AERONAUTICA C | MIGUEL CLARO 1314 | | | PROVIDENCIA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| DIST. Y COM. JUAN MANUEL DELMAS RAD | GALVARINO RIVEROS 1138 | | | ARICA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $239.30 |
| DISTRIBUIDORA TIO RICO LTDA. | JOSE NOGUEIRA 1177. | | | PUNTA ARENAS | 12 | 6200000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $415.00 |
| ECLASS LIMITADA | CARMENCITA. 25 | | | LAS CONDES | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $6,026.67 |
| ECO-LOGICA S.A | CAMINO INTERIOR 1300. | | | LAMPA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $185.19 |
| EDENRED CHILE SOCIEDAD ANONIMA | AV ANDRES BELLO 2687 | | | LAS CONDES | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $84,643.03 |
| E-DENTAL CHILE S.A. | BADAJOZ OFC 701 130 | | | LAS CONDES | 13 | 7591538 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $1,902.45 |
| ELABORACION DE HIELO Y AGUA PURIFIC | PASAJE FEDESPATO 2644 | | | IQUIQUE | 01 | 1100000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $442.56 |
| ELIAS ISMAEL ROJAS ALCAYAGA | TURQUEZA 1948 | | | COPIAPO | 03 | 1530000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $20.00 |
| EMP. DE TRANSP. ORMAZABAL CORREA LT | VIA ROMANA 1881 | | | PUERTO MONTT | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $288.00 |
| EMPRESA ARGENTINA DE NAVEGACION AER | AV. RIVADAVIA 578 | | | CABA | | C1069 | ARGENTINA | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| EMPRESA DE SERV TRANSITORIOS GLOBAL | ELEODORO YAÑEZ 1071 | | | PROVIDENCIA | 13 | 6640000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $9,303.17 |
| EMPRESA DE TRANSPORTES PULLMAN SAN | JUAN MARTINEZ 1265 | | | IQUIQUE | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $42,585.05 |
| EMPRESA DE TRANSPORTES TRANSVIP LTD | PEDRO PABLO DARTNELL ESQ. ARMA S/N | | | PUDAHUEL | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $11,239.52 |
| EMPRESA ELECTRICA DE IQUIQUE S.A. | ZEGERS 469 S/N | | | IQUIQUE | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $419.58 |
| EMPRESA PERIODISTICA LA TERCERA S.A | AVENIDA VICUNA MACKENNA 1962 | | | NUNOA | 13 | 6842344 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $3,325.45 |
| ENTEL PCS TELECOMUNICACIONES S A | AVENIDA ANDRES BELLO 2711 | | | LAS CONDES | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $37,428.98 |
| ENTEL SA. | ANDRES BELLO 2687 | | | LAS CONDES | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $8.47 |
| EQUIPOS Y SERVICIOS TREX SPA | AVENIDA PUERTA SUR 3360 | | | SAN BERNARDO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $63,344.71 |
| ESACHS SA | RAMON CARNICER 151 | | | PROVIDENCIA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $100,444.47 |
| ESPARCIMIENTO Y TURISMO S.A. | LOS CARRERA 2440 | | | COPIAPO | 03 | 1530000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $496.50 |
| EST EXPROSERVICIOS S.A. | ALMIRANTE PASTENE 244 | | | PROVIDENCIA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $32,712.35 |
| EUROCONTROL | RUE DE LA FUSEE 96 B | | | BRUSSELS | | 1130 | BELGIUM | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| EUROP ASSISTANCE S.A. | LOS CONQUISTADORES 1700 | | | PROVIDENCIA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $2,432.71 |
| EXPEDIA INC | 3150 139TH AVENUE SE STE 100 | | | BELLEVUE | WA | 98004 | | VARIOUS | ACCOUNTS PAYABLE | | | | | $25,456.10 |
| EXPORT-IMPORT BANK OF THE UNITED STATES IN ITS AGREEMENT WITH BECACINA LEASING LLC | 811 VERMONT AVE NW | | | WASHINGTON, DC | | 20571 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, BECACINA LEASING) | X | X | | | UNKNOWN |
| EXPORT-IMPORT BANK OF THE UNITED STATES IN ITS AGREEMENT WITH CISNE LEASING LLC | 811 VERMONT AVE NW | | | WASHINGTON, DC | | 20571 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, CISNE LEASING) | X | X | | | UNKNOWN |
| EXPORT-IMPORT BANK OF THE UNITED STATES IN ITS AGREEMENT WITH FLAMENCO LEASING LLC | 811 VERMONT AVE NW | | | WASHINGTON, DC | | 20571 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, FLAMENCO LEASING) | X | X | | | UNKNOWN |
| EXPORT-IMPORT BANK OF THE UNITED STATES IN ITS AGREEMENT WITH FRAGATA LEASING LLC | 811 VERMONT AVE NW | | | WASHINGTON, DC | | 20571 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, FRAGATA LEASING) | X | X | | | UNKNOWN |
| EXPORT-IMPORT BANK OF THE UNITED STATES IN ITS AGREEMENT WITH GOLONDRINA LEASING LLC | 811 VERMONT AVE NW | | | WASHINGTON, DC | | 20571 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, GOLONDRINA LEASING) | X | X | | | UNKNOWN |
| EXPORT-IMPORT BANK OF THE UNITED STATES IN ITS AGREEMENT WITH JILGUERO LEASING LLC | 811 VERMONT AVE NW | | | WASHINGTON, DC | | 20571 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, JILGUERO LEASING) | X | X | | | UNKNOWN |
| EXPORT-IMPORT BANK OF THE UNITED STATES IN ITS AGREEMENT WITH MIRLO LEASING LLC | 811 VERMONT AVE NW | | | WASHINGTON, DC | | 20571 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, MIRLO LEASING) | X | X | | | UNKNOWN |
| EXPORT-IMPORT BANK OF THE UNITED STATES IN ITS AGREEMENT WITH TAGUA LEASING LLC | 811 VERMONT AVE NW | | | WASHINGTON, DC | | 20571 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, TAGUA LEASING) | X | X | | | UNKNOWN |
| EXPORT-IMPORT BANK OF THE UNITED STATES IN ITS AGREEMENT WITH TRICAHUE LEASING LLC | 811 VERMONT AVE NW | | | WASHINGTON, DC | | 20571 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, TRICAHUE LEASING) | X | X | | | UNKNOWN |
| EXPORT-IMPORT BANK OF THE UNITED STATES IN ITS AGREEMENT WITH ZARAPITO LEASING LLC | 811 VERMONT AVE NW | | | WASHINGTON, DC | | 20571 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, ZARAPITO LEASING) | X | X | | | UNKNOWN |

In re Transporte Aéreo S.A.
Case No. 20-11255
Schedule F - Creditors Holding Unsecured Nonpriority Claims

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Date Debt was Incurred | Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FALABELLA RETAIL S.A. | FLORIDA 343 | | | BUENOS AIRES | | | ARGENTINA | VARIOUS | ACCOUNTS PAYABLE | | | | | $117.40 |
| FEDERAL AVIATION ADMINISTRATION | PO BOX 20636 | | | ATLANTA | GA | 30320-0636 | | VARIOUS | ACCOUNTS PAYABLE | | | | | $2,115.00 |
| FUNDACION DE CAPACITACION SOFOFA | NEW YORK 33 | | | SANTIAGO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $436.40 |
| GABRIEL CORTES MENESES | PASAJE LIMA 3769 | | | ANTOFAGASTA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $20,124.10 |
| GALLYAS S.A | AVENIDA SALVADOR 1318 | | | PROVIDENCIA | 13 | 6641426 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $665.09 |
| GALLYAS TELECOM SA | AMERICO VESPUCIO 2760 | | | SANTIAGO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $5,034.63 |
| GASTRONOMIA CLUB DE YATES LIMITADA | AVENIDA JUAN SOLER MANFREDINI 200 | | | PUERTO MONTT | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $1,236.00 |
| GASTRONOMICA BISTROT LTDA. | AVENIDA LO BARNECHEA 503 | | | LO BARNECHEA | 13 | 6721288 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $539.00 |
| GEODIS WILSON CHILE LTDA. | SERRANO 389 | | | IQUIQUE | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $1,241.96 |
| GEORGES CHARIF SAID HOTELERIA RESTA | AVDA HENRIQUEZ 316 | | | COPIAPO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $85.31 |
| GESTION EN MANTENIMIENTO S.A. | ANIBAL ZAÑARTU 2680 | | | RENCA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $5,942.80 |
| GESTORA HOTELERA SPA | AVDA SANTA CLARA 354. | | | SANTIAGO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $929.59 |
| GLORIA MARIA SALOME OLIMPIA REYES E | CARLOS PEZOA VELIZ 74 | | | ANTOFAGASTA | 02 | 1260000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $189.53 |
| GONZALO SOTO | BARROS ARANA 869 | | | IQUIQUE | 01 | 1100000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $279.00 |
| GREENSYSTEMS S.A. | CARRETERA GRAL SAN MARTIN SIT 16500 | | | COLINA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $1,788.86 |
| HOMERO ANDRES TAPIA PIZARRO E I R L | CARVALLO 750 | | | CALDERA | 03 | 1570000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $287.00 |
| HOSPITAL FUERZA AEREA DE CHILE | AVDA. LAS CONDES 8631 | | | SANTIAGO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $29,235.37 |
| HOTEL ANTOFAGASTA SA | BALMACEDA 2575 | | | ANTOFAGASTA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $7,926.03 |
| HOTEL MANQUEHUE PUERTO MONTT SPA | AVENIDA SEMINARIO 252 | | | PUERTO MONTT | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $396.93 |
| HOTELERA CORDOVEZ LIMITADA | CORDOVEZ 210 | | | LA SERENA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $5,442.12 |
| HOTELERA DIEGO DE ALMAGRO LIMITADA | JORGE ALESSANDRI 804 | | | CONCEPCION | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $1,651.24 |
| HOTELERA DIEGO DE ALMAGRO LTDA. | ARTURO PRATT 433 | | | VALDIVIA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $28,523.01 |
| HOTELERA DIEGO DE ALMAGRO LTDA.. | ARTURO PRATT 433 | | | VALDIVIA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $287.67 |
| HOTELERA DOMUS LTDA. | O'HIGGINS 760 | | | COPIAPO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $1,361.58 |
| HOTELERA HOLANDA LTDA | SAN PIO X 2530 | | | PROVIDENCIA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $100.12 |
| HOTELERA MAGALLANES LTDA | AV. COLON 766 | | | PUNTA ARENAS | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $1,969.98 |
| HOTELERA SANTA MAGDALENA S.A. | SANTA MAGDALENA 111 | | | PROVIDENCIA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $15.45 |
| HOTELERA SILVIA MELLAFE CUELLAR EMP | CAMINO DE MARTÍN 1300 | | | CALDERA | 03 | 1570000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $1,186.58 |
| HOTELERIA RENTA HOME LIMITADA. | POR CONFIRMAR S/N | | | POR CONFIRMAR | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $95.05 |
| HUMBERTO ENRIQUE ROMAN GATICA TRANS | CARELMAPU 2477 | | | VALDIVIA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $732.12 |
| HUMRES S.A DE C.V | JOAQUIN ANGULO 1373 8 SANTA TERESIT | | | GUADALAJARA | JAL | 44600 | MEXICO | VARIOUS | ACCOUNTS PAYABLE | | | | | $57.76 |
| INCOFIN S.A. | AVENIDA LIBERTADOR BERNARDO OH 949 | | | SANTIAGO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $33,074.69 |
| INDURA S.A. (OCUPAR BP 4260745) | LAS AMERICAS 585 | | | CERRILLOS | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $980.00 |
| ING (AS FACILITY AGENT, EXIM ISSUED BY BECACINA LEASING LLC) | ING CAPITAL LLC | 1325 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | | 01/06/09 | UNSECURED GUARANTEE | X | X | | | $4,006,118.54 |
| ING (AS FACILITY AGENT, EXIM ISSUED BY FLAMENCO LEASING LLC) | ING CAPITAL LLC | 1325 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | | 05/28/08 | UNSECURED GUARANTEE | X | X | | | $1,959,233.89 |
| INMOBILIARIA RENTAPARTS S.A. | POR CONFIRMAR S/N | | | POR CONFIRMAR | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $4,448.55 |
| INMOBILIARIA SANTA FILOMENA SPA | POR CONFIRMAR S/N | | | POR CONFIRMAR | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $6,186.29 |
| INMOBILIARIA U TRES LIMITADA | AV PORTUGAL 415 | | | SANTIAGO | 13 | 6500000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $1,092.76 |
| INNERWORKINGS SERVICIOS LTDA | AV KENNEDY 5757. 5757 | | | SANTIAGO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $5,120.00 |
| INVERS Y ASESORIAS EN TELECOMUNIC E | MONSENOR SOTERO SANZ 100 | | | PROVIDENCIA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $364.17 |
| INVERSIONES VALLE ESCONDIDO STA | AVA. CATALUDA 1050. | | | CONCEPCION | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $167.67 |
| INVERSIONES Y SERVICIOS CORDOVA LIM | CAMPO DE DEPORTES 231-A | | | SANTIAGO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $271.95 |
| JORGE EDUARDO ORELLANA GALVEZ | TUPO KO S/N | | | ISLA DE PASCUA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $1,101.00 |
| JORGE FRANCISCO ACUNA SILVA | PASAJE LONCOMILLA 1821 | | | MAIPU | 13 | 7290000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $1,653.17 |
| KAROL TATIANA ULLOA URTUBIA | JORGE MONTT 48 | | | PUNTA ARENAS | 12 | 6200000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $251.79 |
| LAN CARGO S.A. | ESTADO 10, PISO 13 | | | SANTIAGO | | | CHILE | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (RCF) | X | X | | | UNKNOWN |
| LAN CARGO SA, IN ITS AGREEMENT WITH BECACINA LEASING LLC | 1100 NORTH MARKET STREET | | | WILMINGTON | DE | 19890 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, BECACINA LEASING) | X | X | | | UNKNOWN |
| LAN CARGO SA, IN ITS AGREEMENT WITH CISNE LEASING LLC | 1100 NORTH MARKET STREET | | | WILMINGTON | DE | 19890 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, CISNE LEASING) | X | X | | | UNKNOWN |
| LAN CARGO SA, IN ITS AGREEMENT WITH FLAMENCO LEASING LLC | 1100 NORTH MARKET STREET | | | WILMINGTON | DE | 19890 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, FLAMENCO LEASING) | X | X | | | UNKNOWN |
| LAN CARGO SA, IN ITS AGREEMENT WITH FRAGATA LEASING LLC | 1100 NORTH MARKET STREET | | | WILMINGTON | DE | 19890 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, FRAGATA LEASING) | X | X | | | UNKNOWN |

In re Transporte Aéreo S.A.
Case No. 20-11255
Schedule F - Creditors Holding Unsecured Nonpriority Claims

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Date Debt was Incurred | Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LAN CARGO SA, IN ITS AGREEMENT WITH GOLONDRINA LEASING LLC | 1100 NORTH MARKET STREET | | | WILMINGTON | DE | 19890 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, GOLONDRINA LEASING) | X | X | | | UNKNOWN |
| LAN CARGO SA, IN ITS AGREEMENT WITH JILGUERO LEASING LLC | 1100 NORTH MARKET STREET | | | WILMINGTON | DE | 19890 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, JILGUERO LEASING) | X | X | | | UNKNOWN |
| LAN CARGO SA, IN ITS AGREEMENT WITH MIRLO LEASING LLC | 1100 NORTH MARKET STREET | | | WILMINGTON | DE | 19890 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, MIRLO LEASING) | X | X | | | UNKNOWN |
| LAN CARGO SA, IN ITS AGREEMENT WITH TAGUA LEASING LLC | 1100 NORTH MARKET STREET | | | WILMINGTON | DE | 19890 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, TAGUA LEASING) | X | X | | | UNKNOWN |
| LAN CARGO SA, IN ITS AGREEMENT WITH TRICAHUE LEASING LLC | 1100 NORTH MARKET STREET | | | WILMINGTON | DE | 19890 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, TRICAHUE LEASING) | X | X | | | UNKNOWN |
| LAN CARGO SA, IN ITS AGREEMENT WITH ZARAPITO LEASING LLC | 1100 NORTH MARKET STREET | | | WILMINGTON | DE | 19890 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, ZARAPITO LEASING) | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 2585) | ESTADO, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 2585 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 26329) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 26329 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 2894) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 2894 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 3280) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 3280 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 35230) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 35230 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 35231) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 35231 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 3535) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 3535 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 35697) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 35697 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 36710) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 36710 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 36712) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 36712 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 3779) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 3779 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 37800) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 37800 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 37801) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 37801 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 37802) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 37802 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 40590) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 40590 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 4383) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 4383 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 4400) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 4400 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 4476) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 4476 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 4509) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 4509 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 4516) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 4516 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 4546) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 4546 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 4549) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 4549 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 4576) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 4576 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 4597) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 4597 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 4657) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 4657 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 4697) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 4697 | X | X | | | UNKNOWN |

In re Transporte Aéreo S.A.
Case No. 20-11255
Schedule F - Creditors Holding Unsecured Nonpriority Claims

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Date Debt was Incurred | Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 4871) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 4871 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 4921) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 4921 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 4943) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 4943 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 5005) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 5005 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 5097) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 5097 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 5263) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 5263 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 5316) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 5316 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 5324) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 5324 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 5364) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 5364 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 5408) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 5408 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 5443) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 5443 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 5453) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 5453 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 5483) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 5483 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 5493) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 5493 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 5548) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 5548 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 5554) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 5554 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 5583) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 5583 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 5586) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 5586 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 5654) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 5654 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 5666) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 5666 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 5686) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 5686 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 5707) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 5707 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 5748) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 5748 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 5764) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 5764 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 5801) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 5801 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 5818) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 5818 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 5859) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 5859 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 5929) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 5929 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 5965) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 5965 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 6135) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 6135 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 6183) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 6183 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 6286) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 6286 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 7126) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 7126 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 7844) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 7844 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 7864) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 7864 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 8140) | ESTADO 10, PISO 13 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 8140 | X | X | | | UNKNOWN |
| LATAM AIRLINES GROUP S.A. (AS LESSOR OF MSN 8166) | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 8166 | X | X | | | UNKNOWN |
| LATAM-AIRLINES ECUADOR S.A. (AS LESSOR OF MSN 3772) | CONECTOR ALPACHACA S/N EDIFICIO QUITO AIRPORT CENTER | | | QUITO | | | ECUADOR | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 3772 | X | X | | | UNKNOWN |
| LENOVO AGENCIA EN CHILE | AVENIDA APOQUINDO 4501 | | | PROVIDENCIA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $3,802.92 |

In re Transporte Aéreo S.A.
Case No. 20-11255
Schedule F - Creditors Holding Unsecured Nonpriority Claims

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Date Debt was Incurred | Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIBORIO JAIME CARCAMO OROSTICA | ALCALDE PEDRO ALARCON 1037 | | | SAN MIGUEL | 13 | 7140570 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $7,605.00 |
| LIDERMAN SPA | MANQUEHUE SUR 944 | | | LAS CONDES | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $101,688.31 |
| LITTRE MEDINA | CAMINO CARAMPANGUE 5912 | | | ISLA DE MAIPO | 13 | 8210000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $14,980.00 |
| LUIS DANILO GONZALEZ AGURTO | LOS OLIVOS 972 | | | LA SERENA | 04 | 1700000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $78.79 |
| MANANTIAL SA | LOS ROBLES 540 | | | QUILICURA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $7,677.67 |
| MANUEL ERNESTO SEPULVEDA CARDENAS | CALLE O'HIGGINS 167 | | | PUERTO MONTT | 13 | 5500000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $217.00 |
| MANUEL TOMAS LOPEZ ESTRADA SERVICIO | ISTRIA 2339 | | | TALCAHUANO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $5,390.41 |
| MARIA ELENA BELTRAN BAVERA | R PHILIPI 695 | | | NATALES | 12 | 6160000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $2,916.96 |
| MARIA ISABEL GALLARDO PAREDES | AVENIDA FRANCIA 1385 | | | OSORNO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $251.11 |
| MARIA PAZ ARANGUIZ | ARTURO PINTO CANOBRA 1595 | | | CASTRO | 10 | 5700000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $5.00 |
| MARINA HOTELES LIMITADA | ECUADOR 299 | | | VINA DEL MAR | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $1,080.18 |
| MARTA DEL CARMEN JARA JARA | SAN JERONIMO 5140 | | | SANTIAGO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $387.00 |
| MARTA ORTIZ GONZALEZ | JUAN ESCOBAR 874 | | | ARICA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $839.44 |
| MATELUNA Y COMPANIA LIMITADA | RONDIZZONI 1856 | | | SANTIAGO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $3,833.74 |
| MEGA ARCHIVOS S.A. | AV. AMERICO VESPUCIO 1001 | | | QUILICURA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $976.61 |
| METLIFE CHILE SEGUROS DE VIDA S.A. | 21 DE MAYO 191. 191 | | | ARICA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $9,572.98 |
| METLIFE CHILE SEGUROS DE VIDA S.A. | 21 DE MAYO 191. 191 | | | ARICA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $55,399.33 |
| METLIFE CHILE SEGUROS DE VIDA S.A. | 21 DE MAYO 191. 191 | | | ARICA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $223,922.05 |
| MIAMI-DADE AVIATION DEPARTMENT | PO BOX 526624 | | | MIAMI | FL | 33152-6624 | | VARIOUS | TO BE DETERMINED | X | X | X | | TO BE DETERMINED |
| MOBILINK S.A. | AV. FRANCISCO BILBAO 2162. | | | PROVIDENCIA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $536.37 |
| MUNITA Y OLAVARRIA ABOGADOS SPA | APOQUINDO 3721 | | | LAS CONDES | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $30,419.29 |
| NAVIERA CRUZ DEL SUR LIMITADA | CHACABUCO 672 | | | ANCUD | 10 | 5710000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $15.94 |
| NELSON ANDRES CERDA BARRAZA ING Y S | NUEVA PROVIDENCIA 1881. | | | PROVIDENCIA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $112.32 |
| NORA DEL CARMEN BORQUEZ EPLYAO | ARGENTINA 1605. | | | OSORNO | 10 | 5290000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $57.59 |
| OLIVARES Y COMPANIA LIMITADA | AV FCO BILBAO 2846 | | | PROVIDENCIA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $180.12 |
| OPERACIONES INTEGRALES ISLA GRANDE | RUTA 5 SUR 2053 | | | CASTRO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $88.99 |
| OSCAR ROLF TRAEGER SCHWARZ | AVENIDA BAQUEDANO 457 | | | COYHAIQUE | 11 | 5950000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $96.11 |
| OSESA S.A | SUCRE BUDDA 2109 | | | SANTIAGO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $118.88 |
| PARRILLADAS WALNUT LTDA. | AMERICO VESPUCIO 01180 | | | QUILICURA | 13 | 7490000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $1,020.00 |
| PATRICIO RABY BENAVENTE | AGUSTINAS 1161 | | | SANTIAGO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $76.04 |
| PEFCO (AS FACILITY AGENT, EXIM ISSUED BY MIRLO LEASING LLC) | PRIVATE EXPORT FUNDING CORPORATION | 675 3RD AVE | | NEW YORK | NY | 10017 | | 05/14/20 | UNSECURED GUARANTEE | X | X | | | $1,925,682.69 |
| PHILIPPI PRIETOCARRIZOSA FERRERO DU | AVENIDA EL GOLF 40 | | | LAS CONDES | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $541.93 |
| PLATERO LEASING LLC (AS LESSOR OF MSN 2304) | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | | WILMINGTON | DE | 19890 | | 06/28/18 | INTERCOMPANY AIRCRAFT LEASE (SPV); MSN 2304 | X | X | | | UNKNOWN |
| PLATERO LEASING LLC (AS LESSOR OF MSN 2321) | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | | WILMINGTON | DE | 19890 | | 06/29/18 | INTERCOMPANY AIRCRAFT LEASE (SPV); MSN 2321 | X | X | | | UNKNOWN |
| PLATERO LEASING LLC (AS LESSOR OF MSN 2845) | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | | WILMINGTON | DE | 19890 | | 08/29/18 | INTERCOMPANY AIRCRAFT LEASE (SPV); MSN 2845 | X | X | | | UNKNOWN |
| PLATERO LEASING LLC (AS LESSOR OF MSN 2858) | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | | WILMINGTON | DE | 19890 | | 08/28/18 | INTERCOMPANY AIRCRAFT LEASE (SPV); MSN 2858 | X | X | | | UNKNOWN |
| PLATERO LEASING LLC (AS LESSOR OF MSN 2864) | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | | WILMINGTON | DE | 19890 | | 09/27/18 | INTERCOMPANY AIRCRAFT LEASE (SPV); MSN 2864 | X | X | | | UNKNOWN |
| PLATERO LEASING LLC (AS LESSOR OF MSN 2872) | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | | WILMINGTON | DE | 19890 | | 09/27/18 | INTERCOMPANY AIRCRAFT LEASE (SPV); MSN 2872 | X | X | | | UNKNOWN |
| QUETRO AIRCRAFT LEASING TRUST | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | | WILMINGTON | DE | 19890 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (RCF) | X | X | | | UNKNOWN |
| R Y C SERVICIOS COMPUTACIONALES LTD | SAN PIO X 2390 | | | PROVIDENCIA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $132.26 |
| RENTAS Y SERVICIOS S.A. | LUIS THAYER OJEDA 191 | | | PROVIDENCIA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $561.39 |
| RESITER INDUSTRIAL S.A. | LOS CONQUISTADORES 2752 | | | SANTIAGO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $26,968.14 |
| RESTORAN PINPILINPAUSHA Y CIA.LTDA | AVENIDA ISIDORA GOYENECHEA 2900 | | | LAS CONDES | 13 | 7550000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $734.00 |
| RODRIGO ALEJANDRO PEREZ GALINDO | NUEVA LORETO 0253 | | | PUNTA ARENAS | 12 | 6200000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $134.45 |
| RODRIGO EDUARDO BARRERA MORENO | MARIANO LATORRE 0471 | | | TEMUCO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $271.20 |
| ROSA NERY LEIVA ARIAS | LASTARRIA 1235 | | | ARICA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $8.04 |
| ROSITA HUERTA SALAZAR | OSSA VARAS 118 | | | CALDERA | 03 | 1570000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $34.00 |
| ROYAL SANTIAGO HOTEL S.A. | ARTURO PRAT 3939 | | | IQUIQUE | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $2,324.91 |
| SC AEROPUERTOREGIONAL DE ATACAMA S | PUERTA DEL SOL S5 | | | LAS CONDES | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $13,730.86 |
| SCL TERMINAL AEREO SANTIAGO S.A. SO | AEROPUERTO ARTURO MERINO BENITE S/N | | | PUDAHUEL | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $18,429.72 |
| SCOTIABANK SUD AMERICANO | AGUSTINAS 1185 | | | SANTIAGO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $31,935.77 |
| SEGUROS GENERALES SURAMERICANA S.A. | AVENIDA PROVIDENCIA 1760 | | | PROVIDENCIA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $1,060.50 |
| SERGIO ZAPATA SOTO | M. DE ALDUNATE 1460 | | | PUNTA ARENAS | 12 | 6200000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $351.00 |
| SERV DE SALUD OCUPACIONAL LTDA | ESTORIL 50 | | | LAS CONDES | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $9,473.70 |
| SERV. Y TRANSP. GRUACOR LIMITADA | AV. BALMACEDA 1145 | | | MAIPU | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $1,511.21 |
| SERVICIO DE IMPUESTOS INTERNOS | AMUNATEGUI 66 | | | SANTIAGO | | | CHILE | VARIOUS | POTENTIAL TAX CLAIMS | X | X | X | | TO BE DETERMINED |
| SERVICIO DE TRANSPORTE MARIA IRMINI | ESTADOS UNIDOS 9061 | | | LA FLORIDA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $6,734.65 |
| SERVICIOS AEROPORTUARIOS S.A. | NUEVA COSTANERA 3698 | | | LAS CONDES | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $21,116.60 |
| SERVICIOS DE ALIMENTACION NACIONALE | WILLIAMS REBOLLEDO 1799 | | | NUNOA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $665.58 |
| SERVICIOS FFRIM LIMITADA | GRAL DEL CANTO 106 | | | PROVIDENCIA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $9,881.33 |
| SERVICIOS INTERACTIVOS MOVILES LIMI | ALONSO DE CORDOVA 5151 | | | LAS CONDES | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $2,459.56 |

In re Transporte Aéreo S.A.
Case No. 20-11255
Schedule F - Creditors Holding Unsecured Nonpriority Claims

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Date Debt was Incurred | Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SERVICIOS Y REPRESENTACIONES PINMAN | ZAPADORES 141. 141 | | | LAS CONDES | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $45.54 |
| SKY AIRLINE S.A. | SANTA ELENA 1763. 1763. | | | SANTIAGO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $17,489.05 |
| SKY CHEFS CHILE S.A. | AVDA ARMANDO CORTINEZ. 1721. | | | PUDAHUEL | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $76,073.00 |
| SOC CONCESIONARIA AEROPUERTO ARAUCA | PUERTA DEL SOL 55 | | | LAS CONDES | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| SOC CONSTRUCTORA ANCUD LTDA | SECTOR LA FÁBRICA SN. | | | PUERTO VARAS | 10 | 5550000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $98.88 |
| SOC GASTRONOMICA Y SERV GREEN OAKS | PEREZ VALENZUELA 1232 | | | PROVIDENCIA | 13 | 6640447 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $1,302.89 |
| SOC HOTELERA Y DE TURISMO OSORNO LI | BERNARDO OHIGGINS 564 | | | OSORNO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $452.59 |
| SOC. COM. Y DISTRIB. LIBERONA S.A. | SANTA MONICA 3550. | | | SAN BERNARDO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $836.51 |
| SOC. COM.CLEANTECH SERVICE LTDA | AVENIDA FRANCISCO BILBAO 8080 | | | LAS CONDES | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $86.00 |
| SOC. CONC AROPUERTO DEL SUR SA | AEROPUERTO EL TEPUAL SN | | | PUERTO MONTT | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| SOC. DE INVERSIONES TRANHAAP LTDA | TALCAHUANO 4165 | | | ANTOFAGASTA | 02 | 1260000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $18,539.89 |
| SOC. TRANS. VEHIC.MOTORIZADOS ROCKA. | PASAJE UNIVERSIDAD 555 | | | TEMUCO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $5,250.85 |
| SOCIEDAD ALEROD LTDA | VENEZUELA 2924 | | | CALAMA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $5,152.56 |
| SOCIEDAD COMERCIAL HOTELERA GOMEZ Y | ESMERALDA 266 | | | CASTRO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $2,348.79 |
| SOCIEDAD COMERCIAL OASIS LTDA | O'HIGGINS 779 | | | OSORNO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $913.05 |
| SOCIEDAD COMERCIAL PLAYBACK STUDIO | ISIDORA GOYENECHEA 2901 | | | LAS CONDES | 13 | 6760000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $580.00 |
| SOCIEDAD CONC AEROPUERTO DE ARICA S | ISIDORA GOYENECHEA 2800 | | | SANTIAGO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| SOCIEDAD CONCESIONARIA AEROPUERTO | VITACURA 2736. 2736 | | | LAS CONDES | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $18,855.10 |
| SOCIEDAD CONCESIONARIA AEROPUERTO D | AVDA VITACURA 2736. 2736 | | | VITACURA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| SOCIEDAD CONCESIONARIA AEROPUERTO D | AVDA VITACURA 2736. 2736 | | | VITACURA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| SOCIEDAD CONCESIONARIA AEROPUERTO D | AVDA VITACURA 2736. 2736 | | | VITACURA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $4,280.77 |
| SOCIEDAD CONCESIONARIA AEROSUR S.A. | AV. JORGE ALESSANDRI S/N. S/N | | | TALCAHUANO | 08 | 4260000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $55.43 |
| SOCIEDAD CONCESIONARIA NUEVO PUDAHU | AEROPUERTO INTERNACIONAL A.M.B. S/N | | | PUDAHUEL | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| SOCIEDAD DE ASESORIAS JOSE IGNACIO | ROSA OHIGGINS 220 D | | | LAS CONDES | REGION METROPOLIT ANA | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $5,800.06 |
| SOCIEDAD GASTRONOMICA IBIS LTDA. | AVDA. VICENTE PEREZ ROSALES 1117 | | | PUERTO MONTT | 10 | 5500000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $582.57 |
| SOCIEDAD GASTRONOMICA JIC LIMITADA | TABANCURA 1698 | | | VITACURA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $568.00 |
| SOCIEDAD HOTELERA BIDASOA LTDA. | AVENIDA VITACURA 4873 | | | VITACURA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $3,097.04 |
| SOCIEDAD HOTELERA Y DE TURISMO PATA | BAQUEDANO 570. | | | ANTARTICA | 12 | 6360000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $744.07 |
| SOCIEDAD RADIOTAXI Y TRANSPORTES EJ | AVENIDA CUATRO ESQUINAS | OFICIN 56 | | LA SERENA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $4,167.09 |
| SODEXO SOLUCIONES DE MOTIVACION CHI | AVENIDA SANTA MARIA 0824 | | | SANTIAGO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $7,812.09 |
| SODIMAC SA | AVENIDA PRESIDENTE EDUARDO FRE 3092 | | | RENCA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $4.39 |
| SOUTHERN TRAVEL INTERNATIONAL INC. | 6355 NW 36TH ST STE 309 | | | VIRGINIA GARDENS | FL | 33166-7057 | | VARIOUS | ACCOUNTS PAYABLE | | | | | $2,145.21 |
| SPARK HOTELES LIMITADA | AMUNATEGUI 2034. | | | IQUIQUE | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $603.11 |
| SULIVAN SHIPPING SERVICES LTDA | PO BOX 117 STANLEY | FALKLAND ISLAND | | MOUNT PLEASANT | | FIQQ 1ZZ | FALKLAND ISLANDS | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| SUNFISH S.A. | AMUNATEGUI 1990 | | | IQUIQUE | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $1,376.23 |
| SUR ASISTENCIA SA | APOQUINDO 4499. | | | LAS CONDES | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $948.04 |
| SYDNEY AIRPORT CORPORATION LIMITED. | 241 RIORDAN STREET | MASCOT | | SYDNEY | NSW | | AUSTRALIA | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| TAF VENUS LEASE LIMITED | 2-1, OHREMACHI 1-CHOME CHIYODA | | | TOKYO | | | JAPAN | VARIOUS | ACCOUNTS PAYABLE | | | | | $1,500.00 |
| TALBOT HOTELS SA | AV. GRECIA 1490 | | | ANTOFAGASTA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $6,042.05 |
| TAM LINHAS AÉREAS S.A. (AS LESSOR OF MSN 6139) | RUA VERBO DIVINO, 2001, 17TH FLOOR, UNIT. 171, CHACARA SANTO ANTONIO | | | SAO PAULO | | CP 04719-002 | BRAZIL | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 6139 | X | X | | | UNKNOWN |
| TAM LINHAS AÉREAS S.A. (AS LESSOR OF MSN 6173) | RUA VERBO DIVINO, 2001, 17TH FLOOR, UNIT. 171, CHACARA SANTO ANTONIO | | | SAO PAULO | | CP 04719-002 | BRAZIL | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 6173 | X | X | | | UNKNOWN |
| TAM LINHAS AÉREAS S.A. (AS LESSOR OF MSN 6528) | RUA VERBO DIVINO, 2001, 17TH FLOOR, UNIT. 171, CHACARA SANTO ANTONIO | | | SAO PAULO | | CP 04719-002 | BRAZIL | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 6528 | X | X | | | UNKNOWN |
| TAM LINHAS AÉREAS S.A. (AS LESSOR OF MSN 6561) | RUA VERBO DIVINO, 2001, 17TH FLOOR, UNIT. 171, CHACARA SANTO ANTONIO | | | SAO PAULO | | CP 04719-002 | BRAZIL | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 6561 | X | X | | | UNKNOWN |
| TAM LINHAS AÉREAS S.A. (AS LESSOR OF MSN 6689) | RUA VERBO DIVINO, 2001, 17TH FLOOR, UNIT. 171, CHACARA SANTO ANTONIO | | | SAO PAULO | | CP 04719-002 | BRAZIL | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 6689 | X | X | | | UNKNOWN |
| TAM LINHAS AÉREAS S.A. (AS LESSOR OF MSN 6712) | RUA VERBO DIVINO, 2001, 17TH FLOOR, UNIT. 171, CHACARA SANTO ANTONIO | | | SAO PAULO | | CP 04719-002 | BRAZIL | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 6712 | X | X | | | UNKNOWN |
| TAM LINHAS AÉREAS S.A. (AS LESSOR OF MSN 6800) | RUA VERBO DIVINO, 2001, 17TH FLOOR, UNIT. 171, CHACARA SANTO ANTONIO | | | SAO PAULO | | CP 04719-002 | BRAZIL | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 6800 | X | X | | | UNKNOWN |

In re Transporte Aéreo S.A.
Case No. 20-11255
Schedule F - Creditors Holding Unsecured Nonpriority Claims

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Date Debt was Incurred | Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TAM LINHAS AÉREAS S.A. (AS LESSOR OF MSN 6806) | RUA VERBO DIVINO, 2001, 17TH FLOOR, UNIT. 171, CHACARA SANTO ANTONIO | | | SAO PAULO | | CP 04719-002 | BRAZIL | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 6806 | X | X | | | UNKNOWN |
| TAM LINHAS AÉREAS S.A. (AS LESSOR OF MSN 6813) | RUA VERBO DIVINO, 2001, 17TH FLOOR, UNIT. 171, CHACARA SANTO ANTONIO | | | SAO PAULO | | CP 04719-002 | BRAZIL | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 6813 | X | X | | | UNKNOWN |
| TAM LINHAS AÉREAS S.A. (AS LESSOR OF MSN 6871) | RUA VERBO DIVINO, 2001, 17TH FLOOR, UNIT. 171, CHACARA SANTO ANTONIO | | | SAO PAULO | | CP 04719-002 | BRAZIL | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 6871 | X | X | | | UNKNOWN |
| TAM LINHAS AÉREAS S.A. (AS LESSOR OF MSN 6876) | RUA VERBO DIVINO, 2001, 17TH FLOOR, UNIT. 171, CHACARA SANTO ANTONIO | | | SAO PAULO | | CP 04719-002 | BRAZIL | VARIOUS | INTERCOMPANY AIRCRAFT LEASE; MSN 6876 | X | X | | | UNKNOWN |
| TAM LINHAS AÉREAS SA | RUA VERBO DIVINO, 2001, 17TH FLOOR, UNIT. 171, CHACARA SANTO ANTONIO | | | SAO PAULO | | CP 04719-002 | BRAZIL | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (RCF) | X | X | | | UNKNOWN |
| TAM S.A. | RUA VERBO DIVINO, 2001, 4º ANDAR, CJ 41 | | | SAO PAULO | | | BRAZIL | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM, ZARAPITO LEASING) | X | X | | | UNKNOWN |
| TAM S.A. | RUA VERBO DIVINO, 2001, 4º ANDAR, CJ 41 | | | SAO PAULO | | | BRAZIL | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM, GOLONDRINA LEASING) | X | X | | | UNKNOWN |
| TANIA JULIETA PEREZ CARRILLO | PANAMERICANA NORTE KM 3 S/N | | | CASTRO | 10 | 5700000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $156.71 |
| TELEFONICA EMPRESAS CHILE | PROVIDENCIA 111 | | | PROVIDENCIA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $172.38 |
| TELEFONICA EMPRESAS CHILE S.A | PROVIDENCIA 111 | | | PROVIDENCIA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $49.95 |
| TELEFONICA LARGA DISTANCIA S.A. | AVENIDA PROVIDENCIA 119 | | | PROVIDENCIA | 13 | 6640742 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $4.29 |
| TELEFONICA MOVILES CHILE S.A. | AV PROVIDENCIA 111 | | | PROVIDENCIA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $34,167.50 |
| TEMPO RENT LTDA | SANTA MAGDALENA 116. | | | SANTIAGO | 13 | 8320000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $168.10 |
| TERMICOM S.A. | HUERFANOS 1160 OF 12. | | | SANTIAGO | 13 | 9710000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $104.01 |
| TESORO NACIONAL AEROCIVIL | CARRERA 27 17 72 | | | BOGOTA | | | COLOMBIA | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| TIANDA CHILE SPA | ARRAYAN 2750 | | | PROVIDENCIA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| TORDO AIRCRAFT LEASING TRUST | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | | WILMINGTON | DE | 19890 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (RCF) | X | X | | | UNKNOWN |
| TRABAJOS DE AVIACION E INV. ALEJANDR | LA ESPIGA VIC. MACKENNA P. 33 2876 | | | PUENTE ALTO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $2,737.58 |
| TRANSFER CSM TRANSPORTES E.I.R.L | AMERICO VESPUCIO 1309 | | | MAIPU | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $3,663.01 |
| TRANSPORTE AMANECER NORTE LTDA | 21 DE MAYO 471 | | | IQUIQUE | 01 | 1100000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $245.02 |
| TRANSPORTE DE PASAJEROS Y DE CARGA | 21 DE MAYO 1109 | | | COYHAIQUE | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $12,245.27 |
| TRANSPORTE MARITIMO CHILOE AYSEN S. | AV ITALIA 2326 | | | PUERTO MONTT | 10 | 5500000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $16.32 |
| TRANSPORTES INCA SPA | LAS PARCELAS 1764. | | | COQUIMBO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $1,693.66 |
| TRANSPORTES MARIO H. MUNOZ E.I.R.L | AV. INDEPENDENCIA B 595 | | | PUNTA ARENAS | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $18,141.09 |
| TRANSPORTES ORMAZABAL S.P.A | LOS JUNCOS 4443 | | | PUERTO MONTT | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $11,550.43 |
| TRANSPORTES TOPTRANSFER SPA | 11 DE SEPTIEMBRE 1310 | | | BUIN | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $58,653.06 |
| TRANSTUR SPA | AV BOULEBARD NORTE 9623. | | | PUDAHUEL | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $6,010.34 |
| TRECK S.A. | SANTA ROSA 5220 | | | SAN JOAQUIN | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $18,797.37 |
| TURISMO TAITAO S.A. | AVENIDA ELIODORO YANEZ 867 | | | PROVIDENCIA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $867.37 |
| U S DEPT OF AGRICULTURE | PO BOX 70790 | | | CHICAGO | IL | 60673-0790 | | VARIOUS | ACCOUNTS PAYABLE | X | X | X | | TO BE DETERMINED |
| UNIVERSIDAD DE ARTES CIENCIAS Y COM | AV SALVADOR 1200 | | | PROVIDENCIA | 13 | 6640000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $1,767.00 |
| VENDOMATICA S.A. | EL ROSAL 4601 | | | HUECHURABA | 13 | 6582410 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $8,047.00 |
| VERONICA CALANI ARCAYNI. | POLAPI 727 | | | CALAMA | 02 | 1390000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $315.00 |
| VIA LIMPIA SPA | AGUSTINAS 2425 | | | SANTIAGO | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $328.23 |
| VICTOR CARCAMO CARDENAS | LAS QUEMAS S/N 1 | | | PUERTO MONTT | 10 | 5500000 | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $441.25 |
| VITAMINA WORK LIFE S.A. | AVENIDA APOQUINDO 4501 | | | LAS CONDES | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $3,172.03 |
| WATERLAND S.A. | EL ROSAL. 5138 | | | HUECHURABA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $915.00 |
| WELLS FARGO (AS FACILITY AGENT, EXIM ISSUED BY FRAGATA LEASING LLC) | WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION | 260 NORTH CHARLES LINDBERGH DRIVE | | SALT LAKE CITY | UT | 84116 | | 09/17/12 | UNSECURED GUARANTEE | X | X | | | $31,066,204.59 |
| WELLS FARGO (AS FACILITY AGENT, EXIM ISSUED BY GOLONDRINA LEASING LLC) | WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION | 260 NORTH CHARLES LINDBERGH DRIVE | | SALT LAKE CITY | UT | 84116 | | VARIOUS | UNSECURED GUARANTEE | X | X | | | $137,451,740.00 |
| WELLS FARGO (AS FACILITY AGENT, EXIM ISSUED BY JILGUERO LEASING LLC) | WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION | 260 NORTH CHARLES LINDBERGH DRIVE | | SALT LAKE CITY | UT | 84116 | | VARIOUS | UNSECURED GUARANTEE | X | X | | | $71,911,661.38 |
| WELLS FARGO (AS FACILITY AGENT, EXIM ISSUED BY TAGUA LEASING LLC) | WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION | 260 NORTH CHARLES LINDBERGH DRIVE | | SALT LAKE CITY | UT | 84116 | | VARIOUS | UNSECURED GUARANTEE | X | X | | | $261,628,819.92 |
| WELLS FARGO (AS FACILITY AGENT, EXIM ISSUED BY TRICAHUE LEASING LLC) | WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION | 260 NORTH CHARLES LINDBERGH DRIVE | | SALT LAKE CITY | UT | 84116 | | VARIOUS | UNSECURED GUARANTEE | X | X | | | $39,348,743.00 |
| WILMINGTON TRUST COMPANY (AS TRUSTEE OF BECACINA LEASING TRUST, AS PLEDGOR) (RECOURSE LIMITED TO INTEREST IN BECACINA LEASING LLC) | 1100 NORTH MARKET STREET | | | WILMINGTON | DE | 19890 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, BECACINA LEASING) | X | X | | | UNKNOWN |
| WILMINGTON TRUST COMPANY (AS TRUSTEE OF CISNE LEASING TRUST, AS PLEDGOR) (RECOURSE LIMITED TO INTEREST IN CISNE LEASING LLC) | 1100 NORTH MARKET STREET | | | WILMINGTON | DE | 19890 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, CISNE LEASING) | X | X | | | UNKNOWN |
| WILMINGTON TRUST COMPANY (AS TRUSTEE OF FLAMENCO LEASING TRUST, AS PLEDGOR) (RECOURSE LIMITED TO INTEREST IN FLAMENCO LEASING LLC) | 1100 NORTH MARKET STREET | | | WILMINGTON | DE | 19890 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, FLAMENCO LEASING) | X | X | | | UNKNOWN |
| WILMINGTON TRUST COMPANY (AS TRUSTEE OF FRAGATA LEASING TRUST, AS PLEDGOR) (RECOURSE LIMITED TO INTEREST IN FRAGATA LEASING LLC) | 1100 NORTH MARKET STREET | | | WILMINGTON | DE | 19890 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, FRAGATA LEASING) | X | X | | | UNKNOWN |

In re Transporte Aéreo S.A.
Case No. 20-11255
Schedule F - Creditors Holding Unsecured Nonpriority Claims

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Date Debt was Incurred | Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WILMINGTON TRUST COMPANY (AS TRUSTEE OF GOLONDRINA LEASING TRUST, AS PLEDGOR) (RECOURSE LIMITED TO INTEREST IN GOLONDRINA LEASING LLC) | 1100 NORTH MARKET STREET | | | WILMINGTON | DE | 19890 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, GOLONDRINA LEASING) | X | X | | | UNKNOWN |
| WILMINGTON TRUST COMPANY (AS TRUSTEE OF JILGUERO LEASING TRUST, AS PLEDGOR) (RECOURSE LIMITED TO INTEREST IN JILGUERO LEASING LLC) | 1100 NORTH MARKET STREET | | | WILMINGTON | DE | 19890 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, JILGUERO LEASING) | X | X | | | UNKNOWN |
| WILMINGTON TRUST COMPANY (AS TRUSTEE OF MIRLO LEASING TRUST, AS PLEDGOR) (RECOURSE LIMITED TO INTEREST IN MIRLO LEASING LLC) | 1100 NORTH MARKET STREET | | | WILMINGTON | DE | 19890 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, MIRLO LEASING) | X | X | | | UNKNOWN |
| WILMINGTON TRUST COMPANY (AS TRUSTEE OF TAGUA LEASING TRUST, AS PLEDGOR) (RECOURSE LIMITED TO INTEREST IN TAGUA LEASING LLC) | 1100 NORTH MARKET STREET | | | WILMINGTON | DE | 19890 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, TAGUA LEASING) | X | X | | | UNKNOWN |
| WILMINGTON TRUST COMPANY (AS TRUSTEE OF TRICAHUE LEASING TRUST, AS PLEDGOR) (RECOURSE LIMITED TO INTEREST IN TRICAHUE LEASING LLC) | 1100 NORTH MARKET STREET | | | WILMINGTON | DE | 19890 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, TRICAHUE LEASING) | X | X | | | UNKNOWN |
| WILMINGTON TRUST COMPANY (AS TRUSTEE OF ZARAPITO LEASING TRUST, AS PLEDGOR) (RECOURSE LIMITED TO INTEREST IN ZARAPITO LEASING LLC) | 1100 NORTH MARKET STREET | | | WILMINGTON | DE | 19890 | | N/A | POTENTIAL CLAIM FOR SUBROGATION / CONTRIBUTION (EXIM AGREEMENT, ZARAPITO LEASING) | X | X | | | UNKNOWN |
| WOM S.A. | CARMENCITA 25 | | | LAS CONDES | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $2,444.16 |
| YANELA ANGELINA SOTO SOTO | CAUPOLICAN 544 | | | VALDIVIA | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $99.22 |
| ZEC HERMANOS Y COMPANIA LIMITADA | MAIPU 1 | | | PUNTA ARENAS | | | CHILE | VARIOUS | ACCOUNTS PAYABLE | | | | | $255.00 |
| | | | | | | | | | | | | | TOTAL: | $698,078,308.03 |

In re Transporte Aéreo S.A.
Case No. 20-11255
Schedule F - Intercompany Payable Schedule

| Debtor | Counterparty | Owed Amount |
|---|---|---|
| TRANSPORTE AÉREO S.A. | AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. | $972,879 |
| TRANSPORTE AÉREO S.A. | MAS INVESTMENT LIMITED | $20,000 |
| TRANSPORTE AÉREO S.A. | PEUCO FINANCE LTD. | $256,619,005 |
| | TOTAL: | $257,611,884 |

**Fill in this information to identify the case:**

Debtor name    **Transporte Aéreo S.A.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **20-11255**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **See Attached Schedule G** |

In re Transporte Aéreo S.A.
Case No. 20-11255
Schedule G - Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term | Contract Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCIONA AIRPORTS AMERICAS S | AVENIDA ISIDORA GOYENECHEA 2800 | | | LAS CONDES | | | CHILE | CW2221476-MANTENIMIENTO EQUIPOS TERRESTRES REGIONES (C) | 4/2/2018 | N/A | 4/1/2019 |
| AEROPUERTO CHACALLUTA SOC.C | AEROPUERTO CHACALLUTA S/N. S/N | | | PUERTO MONTT | | | CHILE | CONTRATO DE SUBCONCESION - AEROPUERTO CHACALLUTA SOCIEDAD CONCESIONARIA S.A. (C) | 8/8/2006 | N/A | 3/1/2020 |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. | AV. EL DORADO NO.103-08 ENTRADA 1-HANGAR | | | BOGOTÁ | | | COLOMBIA | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSEE), MSN 2089 | | N/A | |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. | AV. EL DORADO NO.103-08 ENTRADA 1-HANGAR | | | BOGOTÁ | | | COLOMBIA | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSEE), MSN 2096 | | N/A | |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. | AV. EL DORADO NO.103-08 ENTRADA 1-HANGAR | | | BOGOTÁ | | | COLOMBIA | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSEE), MSN 2295 | | N/A | |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. | AV. EL DORADO NO.103-08 ENTRADA 1-HANGAR | | | BOGOTÁ | | | COLOMBIA | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSEE), MSN 2304 | | N/A | |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. | AV. EL DORADO NO.103-08 ENTRADA 1-HANGAR | | | BOGOTÁ | | | COLOMBIA | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSEE), MSN 2321 | | N/A | |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. | AV. EL DORADO NO.103-08 ENTRADA 1-HANGAR | | | BOGOTÁ | | | COLOMBIA | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSEE), MSN 2845 | | N/A | |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. | AV. EL DORADO NO.103-08 ENTRADA 1-HANGAR | | | BOGOTÁ | | | COLOMBIA | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSEE), MSN 2858 | | N/A | |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. | AV. EL DORADO NO.103-08 ENTRADA 1-HANGAR | | | BOGOTÁ | | | COLOMBIA | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 4892 | | N/A | |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. | AV. EL DORADO NO.103-08 ENTRADA 1-HANGAR | | | BOGOTÁ | | | COLOMBIA | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 4896 | | N/A | |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. | AV. EL DORADO NO.103-08 ENTRADA 1-HANGAR | | | BOGOTÁ | | | COLOMBIA | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 5234 | | N/A | |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. | AV. EL DORADO NO.103-08 ENTRADA 1-HANGAR | | | BOGOTÁ | | | COLOMBIA | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 2089 | | N/A | |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. | AV. EL DORADO NO.103-08 ENTRADA 1-HANGAR | | | BOGOTÁ | | | COLOMBIA | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 2096 | | N/A | |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. | AV. EL DORADO NO.103-08 ENTRADA 1-HANGAR | | | BOGOTÁ | | | COLOMBIA | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 2295 | | N/A | |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. | AV. EL DORADO NO.103-08 ENTRADA 1-HANGAR | | | BOGOTÁ | | | COLOMBIA | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 2304 | | N/A | |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. | AV. EL DORADO NO.103-08 ENTRADA 1-HANGAR | | | BOGOTÁ | | | COLOMBIA | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 2321 | | N/A | |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. | AV. EL DORADO NO.103-08 ENTRADA 1-HANGAR | | | BOGOTÁ | | | COLOMBIA | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 2572 | | N/A | |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. | AV. EL DORADO NO.103-08 ENTRADA 1-HANGAR | | | BOGOTÁ | | | COLOMBIA | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 2845 | | N/A | |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. | AV. EL DORADO NO.103-08 ENTRADA 1-HANGAR | | | BOGOTÁ | | | COLOMBIA | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 2858 | | N/A | |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. | AV. EL DORADO NO.103-08 ENTRADA 1-HANGAR | | | BOGOTÁ | | | COLOMBIA | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 2886 | | N/A | |

In re Transporte Aéreo S.A.
Case No. 20-11255
Schedule G - Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term | Contract Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. | AV. EL DORADO NO.103-08 ENTRADA 1-HANGAR | | | BOGOTÁ | | | COLOMBIA | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 2892 | | N/A | |
| AEROVÍAS DE INTEGRACIÓN REGIONAL S.A. | AV. EL DORADO NO.103-08 ENTRADA 1-HANGAR | | | BOGOTÁ | | | COLOMBIA | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 3770 | | N/A | |
| ALEJANDRO RAMON GONZALEZ SILV | CHAPIQUINA 2778 | | | ARICA | | | CHILE | CONTRATO DE PRESTACION DE SERVICIOS DE MOVILIZACION -ALEJANDRO RAMON GONZALEZ SILVA (C) | 8/1/2008 | N/A | 12/10/2020 |
| AMADEUS IT GROUP S.A. | SALVADOR DE MADARIAGA 1 | | | MADRID | | 28027 | SPAIN | SERVICE TECNOLOGICS SOLUTIONS - AMADEUS IT GROUP S. A. (C) | 3/1/2011 | N/A | 3/1/2020 |
| BALTRA-METAL LIMITADA | PATRIOTA JOSU MIGUEL CARRERA 8 | | | SANTIAGO | | | CHILE | CONTRATO DE PRESTACION DE SERVICIO DE REPARACION Y MANTECION - BALTRA - METAL LTDA. (C) | 1/1/2013 | N/A | 2/8/2020 |
| BAOBAB DISEÑO LIMITADA | | | | | | | | SERVICIOS DE DISEA'O COMUNICACION Y PUBLICIDAD - BAOBAB (C) | 10/1/2015 | N/A | 10/1/2020 |
| CAPACITACION DESARROLLO Y T | | | | | | | | CAPACITACION Y DESARROLLO TECNOLOGIAS (C) | 6/29/2018 | N/A | 12/31/2018 |
| CARVALHO HOSKEN HOTELARIA L | AV S O DO PAA 10292/PAL 38883 505 | | | RIO DE JANEIRO | | | BRAZIL | CONTRATO HILTON BARRA GIG LA LU (C) | 5/1/2018 | N/A | 4/30/2021 |
| CLAUDIO MAURICIO CABELLO BARR | | | | | | | | CONTRATO DE PRESTASIONES DE SERVICIOS DE MOVILIZACION - CABELLO BARRA CLAUDIO MAURICIO Y OTRA (C) | 2/1/2009 | N/A | 5/31/2020 |
| COMERCIAL EQUIPOS Y SERVICI | | | | | | | | CONTRATO DE PRESTACIONES DE SERVICIOS DE MOVILIZACION - COMERCIAL EQUIPOS Y SERVICIOS L.T.D.A. EMSA. (C) | 9/15/2009 | N/A | 2/9/2020 |
| COMERCIALIZADORA TREXRENTAL | | | | | | | | ARRIENDO DE EQUIPOS - COMERCIALIZADORA TREX RENTAL S.A (C) | 7/1/2016 | N/A | 7/1/2020 |
| CONSORCIO AEROPORTUARIO DE | AEROPUERTO CARLOS IBADEZ DEL CA 772 | | | PUNTA ARENAS | | | CHILE | CONTRATO SUBCONCESION Y ARRENDAMIENTO - CONSORCIO AEROPORTUARIO MAGALLANES (C) | 3/24/2010 | | 3/24/2020 |
| CONSORCIO AEROPORTUARIO DE | CAMINO VICUDA S/N. RUTA D-41. AE | | | LA SERENA | | | CHILE | COUNTER Y OFICINAS LSC LUCL(C) | 8/23/2018 | | 8/23/2023 |
| CONSORCIO AEROPORTUARIO DE | CAMINO VICUDA S/N. RUTA D-41. AE | | | LA SERENA | | | CHILE | CONTRATO PLATAFORMAS LSC LUCL(C) | 12/20/2018 | | 12/20/2023 |
| CONSORCIO AEROPORTUARIO DE | AVDA ANDRES BELLO 2687 | | | LAS CONDES | | | CHILE | SERV DE PLATAFORMAS (C) | 2/1/2020 | | 3/31/2022 |
| DESACOL | | | | | | | | SERVICIO DE RAMPA - DESACOL (C) | 12/1/2005 | N/A | 11/26/2019 |
| E.S.T. MANUEL GUERRA MELAJ | | | | | | | | CONTRATO MARCO PERSONAL EXTERNO PARA SERVICIOS TRANSITORIOS - MANUEL GUERRA (C) | 8/1/2008 | N/A | 8/1/2020 |
| ECLASS LIMITADA | CARMENCITA. 25 | | | LAS CONDES | | | CHILE | ECLASS(C) | 7/20/2018 | N/A | 12/31/2018 |
| EMPRESA DE CORREOS DE CHILE.. | EXPOSICION 221 | | | SANTIAGO | | | CHILE | SERVICIO DE ENVIOS POSTALES- EMPRESA DE CORREOS DE CHILE (C) | 12/1/2016 | N/A | 5/1/2018 |
| EMPRESA DE TRANSPORTE INTI | LAS GARDENIAS 1954 | | | IQUIQUE | | | CHILE | SERVICIO DE TRASLADO DE PERSONA - EMPRESA DE TRANSPORTE INTI PAKA LIMITADA (C) | 8/1/2008 | N/A | 8/1/2020 |
| EULEN CHILE S.A. | RANCAGUA 0333 | | | PROVIDENCIA | | | CHILE | SERVICIO ASEO OFICINA LA SERENA-EULEN (C) | 3/1/2010 | N/A | 3/1/2020 |
| GENERALES SURAMERICA S.A. | | | | | | | | INSURANCE AGREEMENT | 5/14/2020 | N/A | N/A |
| GREENSYSTEMS S.A.. | CARRETERA GRAL SAN MARTIN SIT 16500 | | | COLINA | | | CHILE | ARRIENDO - GREENSYSTEMS S.A (C) | 7/1/2011 | N/A | 7/1/2020 |
| HUGO VALENCIA SALAS TRANSP | | | | | | | | SERVICIOS DE TRASLADO DE TRIPULACION - HUGO VALENCIA SALAS TRANSPORTE Y FLETES I.E.R.L (C) | 9/1/2007 | N/A | 3/31/2022 |
| HUMBERTO ENRIQUE ROMAN GATI | CARELMAPU 2477 | | | VALDIVIA | | | CHILE | CONTRATO DE PRESTACION DE SERVICIOS - TRANSFER AEROPUERTO VALDIVIA E.I.R.L. (C) | 6/1/2011 | N/A | 6/1/2020 |
| LADECO S. A | | | | | | | | SERVICIO DE TRIPULACION - LADECO S. A (C) | 6/20/2001 | N/A | N/A |

In re Transporte Aéreo S.A.
Case No. 20-11255
Schedule G - Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term | Contract Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LATAM AIRLINES ECUADOR S.A. | CONECTOR ALPACHACA S/N | EDIFICIO QUITO AIRPORT CENTER | | QUITO | | | ECUADOR | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSEE), MSN 2872 | | N/A | |
| LATAM AIRLINES ECUADOR S.A. | CONECTOR ALPACHACA S/N | EDIFICIO QUITO AIRPORT CENTER | | QUITO | | | ECUADOR | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 3772 | | N/A | |
| LATAM AIRLINES ECUADOR S.A. | CONECTOR ALPACHACA S/N | EDIFICIO QUITO AIRPORT CENTER | | QUITO | | | ECUADOR | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSEE), MSN 2864 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 4383 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 4400 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 4476 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 4509 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 4516 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 4546 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 4549 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 4576 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 4597 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 4657 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 4697 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 4921 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 4943 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 4871 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 5005 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 5097 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 40590 | | N/A | |

In re Transporte Aéreo S.A.
Case No. 20-11255
Schedule G - Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term | Contract Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 5263 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 5316 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 5324 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 5364 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 5408 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 5443 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 5453 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 5483 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 5493 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 5548 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 5554 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 5586 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 5583 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 5686 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 5707 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 5764 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 5801 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 5818 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 5859 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 5929 | | N/A | |

In re Transporte Aéreo S.A.
Case No. 20-11255
Schedule G - Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term | Contract Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 5965 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 6135 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 6183 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 7844 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 7864 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 8166 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 6286 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 7126 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 26329 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 5748 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 5654 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 5666 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 2585 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 2894 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 3280 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 3535 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 35230 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 35231 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 36710 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 35697 | | N/A | |

In re Transporte Aéreo S.A.
Case No. 20-11255
Schedule G - Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term | Contract Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 36712 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 37800 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 37801 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 37802 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 3779 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSEE), MSN 2864 | | N/A | |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 11 | | | SANTIAGO | | | CHILE | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSEE), MSN 2872 | | N/A | |
| LATAM AIRLINES PERÚ S.A. | AVENIDA ANDRÉS REYES N°338, PISO 6 | | | SAN ISIDRO | | | PERU | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSEE), MSN 2864 | | N/A | |
| LATAM AIRLINES PERÚ S.A. | AVENIDA ANDRÉS REYES N°338, PISO 6 | | | SAN ISIDRO | | | PERU | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSEE), MSN 2872 | | N/A | |
| MARIA ISABEL GALLARDO PAREDES | AVENIDA FRANCIA 1385 | | | OSORNO | | | CHILE | MARIA ISABEL GALLARDO PAREDES (C) | 4/1/2019 | N/A | 3/31/2020 |
| MARSH LIMITED | ATTN: GENERAL COUNSEL | 1 TOWER PLACE WEST | TOWER PLACE | LONDON | | EC3R 5BU | UNITED KINGDOM | INSURANCE AGREEMENT | 4/1/2020 | N/A | N/A |
| MARSH LIMITED | ATTN: GENERAL COUNSEL | 1 TOWER PLACE WEST | TOWER PLACE | LONDON | | EC3R 5BU | UNITED KINGDOM | INSURANCE AGREEMENT | 4/1/2020 | N/A | N/A |
| MARTA ORTIZ GONZALEZ | JUAN ESCOBAR 874 | | | ARICA | | | CHILE | SERVICIO TRASNPORTE TERRESTRE - MARTA ORTIZ GONZALEZ (C) | 4/15/2014 | N/A | 5/15/2020 |
| METLIFE CHILE SEGURO DE VIDA S.A | AGUSTINAS 640 | | | SANTIAGO | | | CHILE | INSURANCE AGREEMENT | 5/1/2020 | N/A | N/A |
| METLIFE CHILE SEGUROS DE VIDA S.A | ATTN: GENERAL COUNSEL | AGUSTINAS 640 | PISO 1 | SANTIAGO | | | CHILE | INSURANCE AGREEMENT | 5/1/2019 | POTENTIALLY EXPIRED | 4/30/2020 |
| METLIFE CHILE SEGUROS DE VIDA S.A. | ATTN: GENERAL COUNSEL | AGUSTINAS 640 | PISO 1 | SANTIAGO | | | CHILE | INSURANCE AGREEMENT | 5/1/2019 | POTENTIALLY EXPIRED | 4/30/2020 |
| METLIFE CHILE SEGUROS DE VIDA S.A. | ATTN: GENERAL COUNSEL | AGUSTINAS 640 | PISO 1 | SANTIAGO | | | CHILE | INSURANCE AGREEMENT | 5/1/2019 | POTENTIALLY EXPIRED | 4/30/2020 |
| METLIFE CHILE SEGUROS DE VIDA S.A. | ATTN: GENERAL COUNSEL | AGUSTINAS 640 | PISO 1 | SANTIAGO | | | CHILE | INSURANCE AGREEMENT | NOT DATED | UNDETERMINED | UNDETERMINED |
| ORBITAL SERV AUXILIAR TRANS | AVENIDA VINTE DE JANEIRO S/N | | | RIO DE JANEIRO | | | BRAZIL | PRESTACAO DE SERVIAłOS AUXILIARES NOS AEROPORTOS BRASILEIROS - ORBITAL SERVIAłOS AUXILIARES DE TRANSPORTE AEREO (C) | 10/1/2009 | N/A | 10/1/2021 |
| ORBITAL SERV AUXILIARES TRANSPORT L | AV HELIO SMIDT SN. | | | GUARULHOS | | | BRAZIL | CONTROLE DE ENTRADA E SAADA DE BAGAGENS - ORBITAL SERVIAłOS AUXILIARES DE TRANSPORTE AEREO (C) | 7/25/2008 | N/A | N/A |
| PATRICIA VERGARA DIAZ | | | | | | | | SERVICIO DE ALIMENTACION - PATRICIA VERGARA DIAZ (C) | 5/3/2010 | N/A | N/A |
| PEDRO MUNOZ CORTES | | | | | | | | SERVICIO DE TRASLADO DE PERSONA - PEDRO LUIS MUA'OZ CORTES TRANSPORTE DE PASAJEROS E.I.R.L (C) | 10/1/2009 | N/A | 10/1/2020 |
| PLATERO LEASING LLC (AS LESSOR) | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | | WILMINGTON | DE | DE 19890 | | SECURED BANK LOAN, CONTRACT BETWEEN SPV ASSET OWNER AND LESSEE, MSN 2304 | | N/A | |
| PLATERO LEASING LLC (AS LESSOR) | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | | WILMINGTON | DE | DE 19890 | | SECURED BANK LOAN, CONTRACT BETWEEN SPV ASSET OWNER AND LESSEE, MSN 2321 | | N/A | |
| PLATERO LEASING LLC (AS LESSOR) | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | | WILMINGTON | DE | DE 19890 | | SECURED BANK LOAN, CONTRACT BETWEEN SPV ASSET OWNER AND LESSEE, MSN 2864 | | N/A | |
| PLATERO LEASING LLC (AS LESSOR) | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | | WILMINGTON | DE | DE 19890 | | SECURED BANK LOAN, CONTRACT BETWEEN SPV ASSET OWNER AND LESSEE, MSN 2872 | | N/A | |

In re Transporte Aéreo S.A.
Case No. 20-11255
Schedule G - Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term | Contract Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRESTO SERVICE LTDA. | | | | | | | | CONTRATO DE PRESTACION DE SERVICIOS - PRESTO SERVICE LTDA. (C) | 12/4/2012 | N/A | 12/4/2019 |
| PRINCIPAL ADMINISTRADORA DE FONDOS S.A | | | | | | | | SERVICIO DE PLAN DE AHORRO - PRINCIPAL ADMINISTRADORA DE FONDOS S.A (C) | 11/20/2012 | N/A | 11/20/2018 |
| PUENTES TASA | | | | | | | | CW2234719-PUENTES TASA PMC (C) | 5/1/2018 | N/A | 5/1/2022 |
| PUENTES TASA PMC | | | | | | | | CW2238470- PUENTES TASA PMC (C) | 5/1/2018 | N/A | 5/1/2022 |
| RESTAURANT OSORNO LTDA... | | | | | | | | RESTAURANT OSORNO (C) | 11/1/2010 | N/A | 11/1/2020 |
| SANTOS NABOR PENA MORA | | | | | | | | SERVICIO DE TRASLADO DE PERSONA - DOS SANTOS NABOR PEA'A (C) | 7/1/2008 | N/A | 7/1/2020 |
| SC AEROPUERTOREGIONAL DE A | PUERTA DEL SOL 55 | | | LAS CONDES | | | CHILE | CONTRATO DE SUBCONCESION Y ARRENDAMIENTO - SOCIEDAD CONCESIONRIA AEROPUERTO REGIONAL DE ATACAMA S.A. (C) | 2/1/2005 | N/A | 2/1/2021 |
| SEGUROS GENERALES SURAMERICANA S.A. | ATTN: GENERAL COUNSEL | AV. PROVIDENCIA 1760 | PISO 4 | SANTIAGO | | 7500498 | CHILE | INSURANCE AGREEMENT | 5/31/2019 | 5 DAYS | 5/31/2020 |
| SEMA MANTILCO SA | | | | | | | | SERVICIO DE ASISTENCIA EN TIERRA - SEMA MANTILCO S. A. (C) | 6/27/2008 | N/A | N/A |
| SERVICIOS Y REPRESENTACIONES | ZAPADORES 141. 141 | | | LAS CONDES | | | CHILE | SERVICIO SUMINISTRO IDENTIFICACIONES CORPORATIVAS - SERVICIOS Y REPRESENTACIONES PINMANIA LTDA (C) | 12/1/2009 | N/A | 12/1/2020 |
| SOC CONCESIONARIA AEROPUERT | PUERTA DEL SOL 55 | | | LAS CONDES | | | CHILE | SOC CONCESIONARIA AEROPUERTO ARAUCANIA S.A (C) | 4/1/2014 | N/A | 4/1/2020 |
| SOC. COM.CLEANTECH SERVICE | AVENIDA FRANCISCO BILBAO 8080 | | | LAS CONDES | | | CHILE | CONTRATO DE LOCACION DE SERVICIOS Y COMODATO - CLEAN-TECH LIMITADA (C) | 9/4/2013 | N/A | N/A |
| SOC. CONC AROPUERTO DEL SUR | AEROPUERTO EL TEPUAL SN | | | PUERTO MONTT | | | CHILE | USO DE PUENTES PMC TRANSPORTE AEREO (C) | 5/1/2018 | N/A | 5/1/2023 |
| SOC. CONC AROPUERTO DEL SUR | AEROPUERTO EL TEPUAL SN | | | PUERTO MONTT | | | CHILE | CW2238634-COUNTER Y OFICINAS TASA PMC (C) | 5/1/2018 | N/A | 5/1/2023 |
| SOC. CONC AROPUERTO DEL SUR | AEROPUERTO EL TEPUAL SN | | | PUERTO MONTT | | | CHILE | PLATAFORMAS PMC LUCL(C) | 5/1/2018 | N/A | 5/1/2023 |
| SOC. CONC AROPUERTO DEL SUR | AEROPUERTO EL TEPUAL SN | | | PUERTO MONTT | | | CHILE | PLATAFORMAS PMC LUCL (C) | 5/1/2018 | N/A | 5/1/2023 |
| SOCIEDAD COMERCIAL OASIS LTDA | O'HIGGINS 779 | | | OSORNO | | | CHILE | SERVICIO TRASLADO TERRESTRE FUNCIONARIOS - SOC. COM. OASIS (C) | 6/1/2012 | N/A | 5/31/2020 |
| SOCIEDAD CONC AEROPUERTO DE | ISIDORA GOYENECHEA 2800 | | | SANTIAGO | | | CHILE | CW2322166 - USO DE PUENTES TASA ARI (C) | 4/19/2019 | N/A | 4/19/2024 |
| SOCIEDAD CONC AEROPUERTO DE | ISIDORA GOYENECHEA 2800 | | | SANTIAGO | | | CHILE | CONTRATO OFICINAS Y COUNTER ARI LUCL MANTTO (C) | 4/19/2019 | N/A | 4/19/2024 |
| SOCIEDAD CONC AEROPUERTO DE | ISIDORA GOYENECHEA 2800 | | | SANTIAGO | | | CHILE | CONTRATO GESTION DE CARGA ARI LUCL (C) | 4/19/2019 | N/A | 11/19/2024 |
| SOCIEDAD CONCESIONARIA AERO | VITACURA 2736. 2736 | | | LAS CONDES | | | CHILE | CONTRATO DE SUBCONCESION POR EL SERVICIO DE COUNTER - SOCIEDAD CONCESIONARIA AEROPUERTO PUERTO MONTT S.A. | 4/1/2012 | N/A | 3/31/2020 |
| SOCIEDAD CONCESIONARIA AERO | AVDA VITACURA 2736. 2736 | | | VITACURA | | | CHILE | CONTRATO DE SUBCONCESION - SOCIEDAD CONCESIONARIA AEROPUERTO DE IQUIQUE S.A. (C) | 1/1/2013 | N/A | 12/31/2020 |
| SOCIEDAD CONCESIONARIA AERO | VITACURA 2736. 2736 | | | LAS CONDES | | | CHILE | SERVICIO SUBCONCESION AREAS OFICINAS COUNTER - SOC COMAEROPUERTO CARRIEL SUR S. A. (C) | 8/24/2016 | N/A | N/A |
| SOCIEDAD CONCESIONARIA AERO | VITACURA 2736. 2736 | | | LAS CONDES | | | CHILE | SERVICIO DE INTALACION DE COMUNICACIONES - SOCIEDAD CONCESIONARIA AEROPUERTO CARRIEL SUR S. A. (C) | 8/24/2016 | N/A | 8/24/2020 |
| SOCIEDAD CONCESIONARIA AERO | VITACURA 2736. 2736 | | | LAS CONDES | | | CHILE | CONTRATO DE SUBCONCESION - SOCIEDAD CONCESIONARIA AEROPUERTO CARRIEL SUR S.A. (C) | 12/19/2016 | N/A | 12/19/2020 |
| SOCIEDAD CONCESIONARIA AERO | AVDA VITACURA 2736. 2736 | | | VITACURA | | | CHILE | CW2225663-SUBCONCESION IQQ TASA (C) | 4/1/2018 | N/A | 3/31/2021 |
| SOCIEDAD CONCESIONARIA AERO | AVDA VITACURA 2736. 2736 | | | VITACURA | | | CHILE | ADDENDUM TASA ANF (C) | 7/30/2018 | N/A | 8/30/2022 |

In re Transporte Aéreo S.A.
Case No. 20-11255
Schedule G - Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term | Contract Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIEDAD CONCESIONARIA AEROPUERTO EL TEPUAL S.A. | VITACURA 2736. 2736 | | | LAS CONDES | | | CHILE | CONTRATO DE SUBCONCESION POR EL SERVICIO DE COUNTER - SOCIEDAD CONCESIONARIA AEROPUERTO EL TEPUAL S.A. (C | 5/1/2014 | N/A | 6/5/2019 |
| SOCIEDAD DE ASESORIAS Y SERVICIOS INTEGRALES SAN LUIS LIMITADA | | | | | | | | SERVICIO DE ASEO Y MANTENIMIENTO DE AERONAVES - SOCIEDAD DE ASESORIAS Y SERVICIOS INTEGRALES SAN LUIS LIMITADA (C) | 8/18/2009 | N/A | 8/18/2019 |
| T.B.C. TRANSPORTES BERMUDEZ CORDERO EIRL | | | | | | | | SERVICIOS DE MOVILIZACION - T.B.C. TRANSPORTES BERMUDEZ CORDERO EIRL (C) | 11/1/2007 | N/A | 11/1/2019 |
| TAM LINHAS AÉREAS S.A. | RUA VERBO DIVINO, 2001, 17TH FLOOR | UNIT. 171, CHACARA SANTO ANTONIO | | SAO PAULO | | CP 04719-002 | BRAZIL | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 6139 | | N/A | |
| TAM LINHAS AÉREAS S.A. | RUA VERBO DIVINO, 2001, 17TH FLOOR | UNIT. 171, CHACARA SANTO ANTONIO | | SAO PAULO | | CP 04719-002 | BRAZIL | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 6173 | | N/A | |
| TAM LINHAS AÉREAS S.A. | RUA VERBO DIVINO, 2001, 17TH FLOOR | UNIT. 171, CHACARA SANTO ANTONIO | | SAO PAULO | | CP 04719-002 | BRAZIL | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 6528 | | N/A | |
| TAM LINHAS AÉREAS S.A. | RUA VERBO DIVINO, 2001, 17TH FLOOR | UNIT. 171, CHACARA SANTO ANTONIO | | SAO PAULO | | CP 04719-002 | BRAZIL | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 6561 | | N/A | |
| TAM LINHAS AÉREAS S.A. | RUA VERBO DIVINO, 2001, 17TH FLOOR | UNIT. 171, CHACARA SANTO ANTONIO | | SAO PAULO | | CP 04719-002 | BRAZIL | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 6689 | | N/A | |
| TAM LINHAS AÉREAS S.A. | RUA VERBO DIVINO, 2001, 17TH FLOOR | UNIT. 171, CHACARA SANTO ANTONIO | | SAO PAULO | | CP 04719-002 | BRAZIL | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 6712 | | N/A | |
| TAM LINHAS AÉREAS S.A. | RUA VERBO DIVINO, 2001, 17TH FLOOR | UNIT. 171, CHACARA SANTO ANTONIO | | SAO PAULO | | CP 04719-002 | BRAZIL | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 6800 | | N/A | |
| TAM LINHAS AÉREAS S.A. | RUA VERBO DIVINO, 2001, 17TH FLOOR | UNIT. 171, CHACARA SANTO ANTONIO | | SAO PAULO | | CP 04719-002 | BRAZIL | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 6806 | | N/A | |
| TAM LINHAS AÉREAS S.A. | RUA VERBO DIVINO, 2001, 17TH FLOOR | UNIT. 171, CHACARA SANTO ANTONIO | | SAO PAULO | | CP 04719-002 | BRAZIL | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 6813 | | N/A | |
| TAM LINHAS AÉREAS S.A. | RUA VERBO DIVINO, 2001, 17TH FLOOR | UNIT. 171, CHACARA SANTO ANTONIO | | SAO PAULO | | CP 04719-002 | BRAZIL | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 6871 | | N/A | |
| TAM LINHAS AÉREAS S.A. | RUA VERBO DIVINO, 2001, 17TH FLOOR | UNIT. 171, CHACARA SANTO ANTONIO | | SAO PAULO | | CP 04719-002 | BRAZIL | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 6876 | | N/A | |
| TAM LINHAS AÉREAS S.A. | RUA VERBO DIVINO, 2001, 17TH FLOOR | UNIT. 171, CHACARA SANTO ANTONIO | | SAO PAULO | | CP 04719-002 | BRAZIL | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 6173 | | N/A | |
| TAM LINHAS AÉREAS S.A. | RUA VERBO DIVINO, 2001, 17TH FLOOR | UNIT. 171, CHACARA SANTO ANTONIO | | SAO PAULO | | CP 04719-002 | BRAZIL | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 6528 | | N/A | |
| TAM LINHAS AÉREAS S.A. | RUA VERBO DIVINO, 2001, 17TH FLOOR | UNIT. 171, CHACARA SANTO ANTONIO | | SAO PAULO | | CP 04719-002 | BRAZIL | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 6561 | | N/A | |
| TAM LINHAS AÉREAS S.A. | RUA VERBO DIVINO, 2001, 17TH FLOOR | UNIT. 171, CHACARA SANTO ANTONIO | | SAO PAULO | | CP 04719-002 | BRAZIL | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 6689 | | N/A | |
| TAM LINHAS AÉREAS S.A. | RUA VERBO DIVINO, 2001, 17TH FLOOR | UNIT. 171, CHACARA SANTO ANTONIO | | SAO PAULO | | CP 04719-002 | BRAZIL | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 6712 | | N/A | |
| TAM LINHAS AÉREAS S.A. | RUA VERBO DIVINO, 2001, 17TH FLOOR | UNIT. 171, CHACARA SANTO ANTONIO | | SAO PAULO | | CP 04719-002 | BRAZIL | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 6800 | | N/A | |

In re Transporte Aéreo S.A.
Case No. 20-11255
Schedule G - Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term | Contract Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TAM LINHAS AÉREAS S.A. | RUA VERBO DIVINO, 2001, 17TH FLOOR | UNIT. 171, CHACARA SANTO ANTONIO | | SAO PAULO | | CP 04719-002 | BRAZIL | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 6806 | | N/A | |
| TAM LINHAS AÉREAS S.A. | RUA VERBO DIVINO, 2001, 17TH FLOOR | UNIT. 171, CHACARA SANTO ANTONIO | | SAO PAULO | | CP 04719-002 | BRAZIL | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 6813 | | N/A | |
| TAM LINHAS AÉREAS S.A. | RUA VERBO DIVINO, 2001, 17TH FLOOR | UNIT. 171, CHACARA SANTO ANTONIO | | SAO PAULO | | CP 04719-002 | BRAZIL | INTERNAL AIRCRAFT SUBLEASE, CONTRACT BETWEEN SUB-LESSOR & SUB-LESSEE (COUNTERPARTY IS LESSOR), MSN 6871 | | N/A | |
| TAM LINHAS AEREAS SA - VERBO | RUA VERBO DIVINO 2001 | | | SAO PAULO | | | BRAZIL | REPARO DE COMPONENTES DA AZUL LINHAS AA©REAS (F) | 3/31/2019 | N/A | 3/30/2021 |
| TRANSFER CITY EXPRESS | | | | | | | | SERVICIOS DE MOVILIZACION - TRANSFER CITY EXPRESS (C) | 1/1/2007 | N/A | 1/1/2019 |
| TRANSPORTE AEREO S.A. | AVENIDA PRESIDENTE RIESCO 5711 | | | SANTIAGO | | | CHILE | SERVICIO - TRANSPORTES AEREOS S. A. (C) | 6/20/2001 | N/A | N/A |
| TRANSPORTE AEREO S.A. | AVENIDA PRESIDENTE RIESCO 5711 | | | SANTIAGO | | | CHILE | SERVICIO DE TRIPULACION - TRANSPORTE AA‰REO S.A. (C) | 6/20/2001 | N/A | N/A |
| TRANSPORTE AEREO S.A. | AVENIDA PRESIDENTE RIESCO 5711 | | | SANTIAGO | | | CHILE | SERVICIO DE MANTENIMIENTO - TRANSPORTE AA‰REO S.A. (C) | 7/1/2007 | N/A | N/A |
| TRANSPORTES CORPORATIVO LIM | | | | | | | | SERVICIOS DE MOVILIZACION - TRANSPORTES CORPORATIVOS S.A. (C) | 2/1/2008 | N/A | 2/1/2021 |
| TRANSPORTES GRAM LIMITADA. | | | | | | | | CONTRATO DE PRESTACIONES DE SERVICIOS DE MOVILIZACION - TRANSPORTES GRAM LIMITADA (C) | 9/1/2009 | N/A | 2/10/2020 |
| TRANSPORTES ORMAZABAL S.P.A | LOS JUNCOS 4443 | | | PUERTO MONTT | | | CHILE | SERVICIOS DE MOVILIZACION - TRANSPORTE ORMAZABAL CORREA (C) | 12/1/2009 | N/A | N/A |
| YANELA ANGELINA SOTO SOTO | CAUPOLICAN 544 | | | VALDIVIA | | | CHILE | YANELA ANGELINA SOTO SOTO (C) | 4/1/2019 | N/A | 3/31/2020 |

**Fill in this information to identify the case:**

Debtor name    **Transporte Aéreo S.A.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **20-11255**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

#### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **See Attached Schedule H** | | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

In re Transporte Aéreo S.A.
Case No. 20-11255
Schedule H: Codebtors

| Name of Codebtor | Address1 | Address2 | City | State | Zip | Country | Name of Creditor | Applicable Schedule (D, E/G, G) |
|---|---|---|---|---|---|---|---|---|
| BECACINA LEASING LLC | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | WILMINGTON | DE | 19890 | | ING (AS FACILITY AGENT & LENDER, EXIM: BECACINA LEASING LLC) | F, G |
| CAIQUEN LEASING LLC | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | WILMINGTON | DE | 19890 | | CITIBANK (AS FACILITY AGENT, RCF) | D, G |
| CISNE LEASING LLC | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | WILMINGTON | DE | 19890 | | CITIBANK (AS FACILITY AGENT & LENDER, EXIM: CISNE LEASING LLC ) | F, G |
| CONNECTA CORPORATION | 6500 NW 22ND STREET | | MIAMI | FL | 33122 | | CITIBANK (AS FACILITY AGENT, RCF) | D, G |
| EXPORT-IMPORT BANK OF THE UNITED STATES IN ITS AGREEMENT WITH BECACINA LEASING LLC | 811 VERMONT AVE NW | | WASHINGTON | DC | 20571 | | ING (AS FACILITY AGENT & LENDER, EXIM: BECACINA LEASING LLC) | F, G |
| EXPORT-IMPORT BANK OF THE UNITED STATES IN ITS AGREEMENT WITH CISNE LEASING LLC | 811 VERMONT AVE NW | | WASHINGTON | DC | 20571 | | CITIBANK (AS FACILITY AGENT & LENDER, EXIM: CISNE LEASING LLC ) | F, G |
| EXPORT-IMPORT BANK OF THE UNITED STATES IN ITS AGREEMENT WITH FLAMENCO LEASING LLC | 811 VERMONT AVE NW | | WASHINGTON | DC | 20571 | | ING (AS FACILITY AGENT & LENDER, EXIM: FLAMENCO LEASING LLC ) | F, G |
| EXPORT-IMPORT BANK OF THE UNITED STATES IN ITS AGREEMENT WITH FRAGATA LEASING LLC | 811 VERMONT AVE NW | | WASHINGTON | DC | 20571 | | WELLS FARGO (AS FACILITY AGENT, EXIM: FRAGATA LEASING LLC ) | F, G |
| EXPORT-IMPORT BANK OF THE UNITED STATES IN ITS AGREEMENT WITH GOLONDRINA LEASING LLC | 811 VERMONT AVE NW | | WASHINGTON | DC | 20571 | | WELLS FARGO (AS FACILITY AGENT, EXIM: GOLONDRINA LEASING LLC) | F, G |
| EXPORT-IMPORT BANK OF THE UNITED STATES IN ITS AGREEMENT WITH JILGUERO LEASING LLC | 811 VERMONT AVE NW | | WASHINGTON | DC | 20571 | | WELLS FARGO (AS FACILITY AGENT, EXIM: JILGUERO LEASING LLC) | F, G |
| EXPORT-IMPORT BANK OF THE UNITED STATES IN ITS AGREEMENT WITH MIRLO LEASING LLC | 811 VERMONT AVE NW | | WASHINGTON | DC | 20571 | | PEFCO (AS FACILITY AGENT & LENDER, EXIM: MIRLO LEASING LLC) | F, G |
| EXPORT-IMPORT BANK OF THE UNITED STATES IN ITS AGREEMENT WITH TAGUA LEASING LLC | 811 VERMONT AVE NW | | WASHINGTON | DC | 20571 | | WELLS FARGO (AS FACILITY AGENT, EXIM: TAGUA LEASING LLC ) | F, G |
| EXPORT-IMPORT BANK OF THE UNITED STATES IN ITS AGREEMENT WITH TRICAHUE LEASING LLC | 811 VERMONT AVE NW | | WASHINGTON | DC | 20571 | | WELLS FARGO (AS FACILITY AGENT, EXIM: TRICAHUE LEASING LLC ) | F, G |
| EXPORT-IMPORT BANK OF THE UNITED STATES IN ITS AGREEMENT WITH ZARAPITO LEASING LLC | 811 VERMONT AVE NW | | WASHINGTON | DC | 20571 | | CITIBANK (AS FACILITY AGENT & LENDER, EXIM: ZARAPITO LEASING LLC ) | F, G |
| FLAMENCO LEASING LLC | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | WILMINGTON | DE | 19890 | | ING (AS FACILITY AGENT & LENDER, EXIM: FLAMENCO LEASING LLC ) | F, G |
| FRAGATA LEASING LLC | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | WILMINGTON | DE | 19890 | | WELLS FARGO (AS FACILITY AGENT, EXIM: FRAGATA LEASING LLC ) | F, G |
| GOLONDRINA LEASING LLC | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | WILMINGTON | DE | 19890 | | WELLS FARGO (AS FACILITY AGENT, EXIM: GOLONDRINA LEASING LLC) | F, G |
| JILGUERO LEASING LLC | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | WILMINGTON | DE | 19890 | | WELLS FARGO (AS FACILITY AGENT, EXIM: JILGUERO LEASING LLC) | F, G |
| LAN CARGO S.A. | ESTADO 10 PISO 13 | | SANTIAGO | | | CHILE | CITIBANK (AS FACILITY AGENT, RCF) | D, G |
| LATAM AIRLINES GROUP S.A. | ESTADO 10, PISO 13 | | SANTIAGO | | | CHILE | CITIBANK (AS FACILITY AGENT, RCF) | D, G |
| MIRLO LEASING LLC | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | WILMINGTON | DE | 19890 | | PEFCO (AS FACILITY AGENT & LENDER, EXIM: MIRLO LEASING LLC) | F, G |
| QUETRO AIRCRAFT LEASING TRUST | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | WILMINGTON | DE | 19890 | | CITIBANK (AS FACILITY AGENT, RCF) | D, G |
| TAGUA LEASING LLC | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | WILMINGTON | DE | 19890 | | WELLS FARGO (AS FACILITY AGENT, EXIM: TAGUA LEASING LLC ) | F, G |
| TAM LINHAS ÁEREAS S.A. | RUA VERBO DIVINO, 2001, 17TH FLOOR, UNIT. 171, CHACARA SANTO ANTONIO | | SAO PAULO | | CP 04719-002 | BRAZIL | CITIBANK (AS FACILITY AGENT, RCF) | D, G |
| TAM S.A. | RUA VERBO DIVINO, 2001, 4º ANDAR, CJ 41 | | SAO PAULO | | | BRAZIL | WELLS FARGO (AS FACILITY AGENT, EXIM: GOLONDRINA LEASING LLC) | F, G |
| TAM S.A. | RUA VERBO DIVINO, 2001, 4º ANDAR, CJ 41 | | SAO PAULO | | | BRAZIL | CITIBANK (AS FACILITY AGENT, EXIM: ZARAPITO LEASING LLC ) | F, G |
| TORDO AIRCRAFT LEASING TRUST | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | WILMINGTON | DE | 19890 | | CITIBANK (AS FACILITY AGENT, RCF) | D, G |
| TRICAHUE LEASING LLC | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | WILMINGTON | DE | 19890 | | WELLS FARGO (AS FACILITY AGENT, EXIM: TRICAHUE LEASING LLC ) | F, G |
| WILMINGTON TRUST COMPANY (AS TRUSTEE OF BECACINA LEASING TRUST, AS PLEDGOR) (RECOURSE LIMITED TO INTEREST IN BECACINA LEASING LLC) | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | WILMINGTON | DE | 19890 | | ING (AS FACILITY AGENT & LENDER, EXIM: BECACINA LEASING LLC) | F, G |

In re Transporte Aéreo S.A.
Case No. 20-11255
Schedule H: Codebtors

| Name of Codebtor | Address1 | Address2 | City | State | Zip | Country | Name of Creditor | Applicable Schedule (D, E/G, G) |
|---|---|---|---|---|---|---|---|---|
| WILMINGTON TRUST COMPANY (AS TRUSTEE OF CISNE LEASING TRUST, AS PLEDGOR) (RECOURSE LIMITED TO INTEREST IN CISNE LEASING LLC) | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | WILMINGTON | DE | 19890 | | CITIBANK (AS FACILITY AGENT & LENDER, EXIM: CISNE LEASING LLC ) | F, G |
| WILMINGTON TRUST COMPANY (AS TRUSTEE OF FLAMENCO LEASING TRUST, AS PLEDGOR) (RECOURSE LIMITED TO INTEREST IN FLAMENCO LEASING LLC) | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | WILMINGTON | DE | 19890 | | ING (AS FACILITY AGENT & LENDER, EXIM: FLAMENCO LEASING LLC ) | F, G |
| WILMINGTON TRUST COMPANY (AS TRUSTEE OF FRAGATA LEASING TRUST, AS PLEDGOR) (RECOURSE LIMITED TO INTEREST IN FRAGATA LEASING LLC) | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | WILMINGTON | DE | 19890 | | WELLS FARGO (AS FACILITY AGENT, EXIM: FRAGATA LEASING LLC ) | F, G |
| WILMINGTON TRUST COMPANY (AS TRUSTEE OF GOLONDRINA LEASING TRUST, AS PLEDGOR) (RECOURSE LIMITED TO INTEREST IN GOLONDRINA LEASING LLC) | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | WILMINGTON | DE | 19890 | | WELLS FARGO (AS FACILITY AGENT, EXIM: GOLONDRINA LEASING LLC ) | F, G |
| WILMINGTON TRUST COMPANY (AS TRUSTEE OF JILGUERO LEASING TRUST, AS PLEDGOR) (RECOURSE LIMITED TO INTEREST IN JILGUERO LEASING LLC) | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | WILMINGTON | DE | 19890 | | WELLS FARGO (AS FACILITY AGENT, EXIM: JILGUERO LEASING LLC ) | F, G |
| WILMINGTON TRUST COMPANY (AS TRUSTEE OF MIRLO LEASING TRUST, AS PLEDGOR) (RECOURSE LIMITED TO INTEREST IN MIRLO LEASING LLC) | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | WILMINGTON | DE | 19890 | | PEFCO (AS FACILITY AGENT & LENDER, EXIM: MIRLO LEASING LLC ) | F, G |
| WILMINGTON TRUST COMPANY (AS TRUSTEE OF TAGUA LEASING TRUST, AS PLEDGOR) (RECOURSE LIMITED TO INTEREST IN TAGUA LEASING LLC) | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | WILMINGTON | DE | 19890 | | WELLS FARGO (AS FACILITY AGENT, EXIM: TAGUA LEASING LLC ) | F, G |
| WILMINGTON TRUST COMPANY (AS TRUSTEE OF TRICAHUE LEASING TRUST, AS PLEDGOR) (RECOURSE LIMITED TO INTEREST IN TRICAHUE LEASING LLC) | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | WILMINGTON | DE | 19890 | | WELLS FARGO (AS FACILITY AGENT, EXIM: TRICAHUE LEASING LLC ) | F, G |
| WILMINGTON TRUST COMPANY (AS TRUSTEE OF ZARAPITO LEASING TRUST, AS PLEDGOR) (RECOURSE LIMITED TO INTEREST IN ZARAPITO LEASING LLC) | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | WILMINGTON | DE | 19890 | | CITIBANK (AS FACILITY AGENT & LENDER, EXIM: ZARAPITO LEASING LLC ) | F, G |
| ZARAPITO LEASING LLC | WILMINGTON TRUST COMPANY | 1100 NORTH MARKET STREET | WILMINGTON | DE | 19890 | | CITIBANK (AS FACILITY AGENT & LENDER, EXIM: ZARAPITO LEASING LLC ) | F, G |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Transporte Aéreo S.A.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **20-11255** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 8, 2020**        X */s/ Ramiro Alfonsín Balza*
                                            Signature of individual signing on behalf of debtor

                                            **Ramiro Alfonsín Balza**
                                            Printed name

                                            **Chief Financial Officer**
                                            Position or relationship to debtor